# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| THE STATE OF GEORGIA </br> *Plaintiff* </br> v. </br> MARK R. MEADOWS </br> *Defendant* | ) </br> ) </br> ) Case No. 1:23-cv-03621-SCJ </br> ) </br> ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

MARK R. MEADOWS.

Date: 08/16/2023

/s/ Joseph M. Englert
*Attorney's signature*

Joseph M. Englert, GA Bar # 112409
*Printed name and bar number*

McguireWoods LLP
1230 Peachtree Street NE, Ste 2100
Atlanta, GA 30309
*Address*

jenglert@mcguirewoods.com
*E-mail address*

(404) 443-5730
*Telephone number*

(404) 443-5599
*FAX number*