AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| THE STATE OF GEORGIA ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:23-cv-03621-SCJ |
| MARK R. MEADOWS ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

THE STATE OF GEORGIA.

Date:   08/17/2023

/s/ John W. "Will" Wooten
*Attorney's signature*

John W. "Will" Wooten GA Bar No. 410684
*Printed name and bar number*
Office of the Fulton County District Attorney
136 Pryor Street SW, 3rd Floor
Atlanta, GA 30303

*Address*

will.wooten@fultoncountyga.gov
*E-mail address*

(404) 612-6560
*Telephone number*

*FAX number*