IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| THE STATE OF GEORGIA, | ) |
| v. | ) Civil Case No. 1:23-CV-03621-SCJ |
| MARK R. MEADOWS, | ) |
| *Defendant*. | ) |

## NOTICE REGARDING SERVICE

Defendant Mark R. Meadows, by and through his undersigned counsel, hereby provides notice regarding compliance with the Court's Order to serve the following documents on the Fulton County District Attorney, Fani Willis: (1) the Notice of Removal of Fulton County Superior Court Indictment No. 23SC188947, Doc. No. [1] (the "Notice or Removal"); and (2) the Court's Order Setting an Evidentiary Hearing, Doc. No. [6] (the "Order").

Pursuant to the Order, Defendant attempted personal service of the Notice of Removal and the Order at the Fulton County District Attorney's office earlier today. However, Defendant's process server was told by the receptionist that there is no one in the office that can accept service and to try back on Monday. In light of the foregoing, this afternoon Defendant sent an email to Ms. Willis and Deputy Fulton County District Attorney John W. Wooten, who had entered an appearance in this

action earlier today on behalf of the State of Georgia, Doc. No. [8], attaching the Notice and Order and requesting that their office accept service via email. As of the time of this filing, Defendant has not received any response to this request. Defendant will attempt personal service again tomorrow and continue his best efforts to effectuate service in compliance with the Court's Order.

Defendant also notes that despite having yet been unable to personally serve the Notice of Removal and the Order, the Fulton County District Attorney's office has already received notice of this action and the upcoming hearing. In addition to the email sent by Defendant's counsel earlier today referenced in the foregoing paragraph, Defendant's counsel previously provided notice of this removal action and a copy of the Notice or Removal to Ms. Willis, Mr. Wooten and three other attorneys in the Fulton County District Attorney's Office, via email on August 16, 2023. Ms. Willis promptly responded to this email, confirming that the email from Defendant's counsel was received by her. Moreover, Ms. Willis was listed as an attorney of record in the docket at the inception of this action and therefore likely received notice of the Notice of Removal and the Order via ECF.

Dated: August 17, 2018

    Respectfully submitted,

        MARK R. MEADOWS
        *By Counsel*

Joseph M. Englert
MCGUIREWOODS LLP
1230 Peachtree St., N.E., Suite 2100
Georgia Bar No. 112409
Atlanta, GA 30309
(404) 443-5500
jenglert@mcguirewoods.com

George J. Terwilliger, III (admitted *pro hac vice*)
John S. Moran (admitted *pro hac vice*)
Michael Francisco (admitted *pro hac vice*)
MCGUIREWOODS LLP
888 16th Street NW, Suite 500
Washington, DC 20006
(202) 857-1700
gterwilliger@mcguirewoods.com
jmoran@mcguirewoods.com
mfrancisco@mcguirewoods.com

## CERTIFICATE OF SERVICE

On August 17, 2023, the foregoing *Notice Regarding Service* was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

This 17th day of August, 2023.

/s/ Joseph M. Englert
Joseph M. Englert
MCGUIREWOODS LLP
1230 Peachtree St., N.E., Suite 2100
Georgia Bar No. 112409
Atlanta, GA 30309
(404) 443-5500
jenglert@mcguirewoods.com