IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| THE STATE OF GEORGIA, | ) |
| v. | ) Case No. 1:23-cv-03621-SCJ |
| MARK R. MEADOWS, | ) |
| *Defendant*. | ) |

## NOTICE REGARDING A PROMPT HEARING

Earlier today, counsel for another defendant named in the State of Georgia's Indictment informed the Court by email that he intends to file a forthcoming notice of removal and suggested that this Court possibly postpone the August 28, 2023, hearing date.

Mr. Meadows opposes any delay of the August 28 hearing. As this Court has noted, Mr. Meadows has a right to a "prompt[]" hearing under the removal statute, 28 U.S.C. § 1455(b)(5), and has scheduled the hearing accordingly. Moreover, Mr. Meadows has articulated grounds for seeking removal unique to Mr. Meadows that should be considered unencumbered by different issues potentially raised by different defendants. Accordingly, Mr. Meadows respectfully submits that the hearing should proceed as planned.

1

Dated: August 18, 2023                    Respectfully submitted,
                                          *George J. Terwilliger III*

                                          *Counsel to Mark R. Meadows*

                                      Joseph M. Englert
                                      MCGUIREWOODS LLP
1230 Peachtree St., N.E., Suite 2100
Atlanta, GA 30309
(404) 443-5500
Jenglert@mcguirewoods.com

George J. Terwilliger, III (admitted *pro hac vice*)
John S. Moran (admitted *pro hac vice*)
Michael Francisco (admitted *pro hac vice*)
MCGUIREWOODS LLP
888 16th Street NW, Suite 500
Washington, DC 20006
(202) 857-1700
gterwilliger@mcguirewoods.com
jmoran@mcguirewoods.com
mfrancisco@mcguirewoods.com

## CERTIFICATE OF SERVICE

On August 18, 2023, the foregoing ***Notice Regarding a Prompt Hearing*** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

This 18th day of August, 2023.

/s/ Joseph M. Englert
Joseph M. Englert
MCGUIREWOODS LLP
1230 Peachtree St., N.E., Suite 2100
Georgia Bar No. 112409
Atlanta, GA 30309
(404) 443-5500
jenglert@mcguirewoods.com