IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

|  |  |
|---|---|
| THE STATE OF GEORGIA, | ) ) ) |
| v. | ) Civil Case No. 1:23-CV-03621-SCJ ) |
| MARK R. MEADOWS, | ) ) ) |
| *Defendant*. | ) ) |

# CERTIFICATE OF SERVICE

Defendant Mark R. Meadows, by and through his undersigned counsel, hereby provides notice that pursuant to the Court's Order Setting an Evidentiary Hearing, Doc. No. [6] (the "Order"), the Fulton County District Attorney's Office was personally served with certain filings in the above-referenced case on August 18, 2023, including: (1) the Notice of Removal of Fulton County Superior Court Indictment No. 23SC188947, Doc. No. [1] (the "Notice or Removal"); and (2) the Order. An affidavit attesting to service is attached as an Exhibit to this Notice.

Dated: August 18, 2018

    Respectfully submitted,

        MARK R. MEADOWS
        *By Counsel*

Joseph M. Englert
MCGUIREWOODS LLP
1230 Peachtree St., N.E., Suite 2100
Georgia Bar No. 112409
Atlanta, GA 30309
(404) 443-5500
jenglert@mcguirewoods.com

George J. Terwilliger, III (admitted *pro hac vice*)
John S. Moran (admitted *pro hac vice*)
Michael Francisco (admitted *pro hac vice*)
MCGUIREWOODS LLP
888 16th Street NW, Suite 500
Washington, DC 20006
(202) 857-1700
gterwilliger@mcguirewoods.com
jmoran@mcguirewoods.com
mfrancisco@mcguirewoods.com

## CERTIFICATE OF SERVICE

On August 18, 2023, the foregoing *Certificate of Service* was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

This 18th day of August, 2023.

/s/ Joseph M. Englert
Joseph M. Englert
MCGUIREWOODS LLP
1230 Peachtree St., N.E., Suite 2100
Georgia Bar No. 112409
Atlanta, GA 30309
(404) 443-5500
jenglert@mcguirewoods.com