IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| THE STATE OF GEORGIA, | |
| v. | CRIMINAL CASE NO. _____ |
| MARK R. MEADOWS, | |
| Defendant. | |

### AFFIDAVIT OF SERVICE

COMES NOW AMY FERRERO, before the undersigned officer duly authorized to administer oaths and, after being duly sworn on oath deposes and states that she is a citizen of the United States, over the age of eighteen (18), and is a party having no interest in the above styled case, states that on August 18, 2023 at 10:47 AM, she served OFFICE OF THE FULTON COUNTY DISTRICT ATTORNEY, by personally serving CAPERS GREEN, Chief Investigator, authorized to accept, at his business located at 136 Pryor Street, SW, 3rd Floor, Atlanta, Georgia 30303, with CIVIL COVER SHEET, NOTICE OF REMOVAL, APPEARANCE OF COUNSEL (JOSEPH M. ENGLERT), MICHAEL LEE FRANCISCO'S APPLICATION FOR ADMISSION PRO HAC VICE, MICHAEL LEE FRANCISCO - CERTIFICATE OF GOOD STANDING - D.C. BAR. JOHN SAVAGE MORAN'S APPLICATION FOR ADMISSION PRO HAC VICE, JOHN SAVAGE MORAN - CERTIFICATE OF GOOD STANDING - D.C. BAR, GEORGE JAMES TERWILLIGER, III'S APPLICATION FOR ADMISSION PRO HAC VICE, GEORGE JAMES TERWILLIGER, III - CERTIFICATE OF GOOD STANDING - D.C. BAR and ORDER SETTING EVIDENTIARY HEARING ON AUGUST 28, 2023 AT 10 A.M. (EST).

I certify under penalty of perjury that the foregoing is true and correct.

Executed this 18 day of August, 2023

_____
Legal Ease Attorney Services, Inc.
645 Waldo Street, SE
Atlanta, Georgia 30312
(404) 849-1240

Sworn to and subscribed before me
this 18th day of August, 2023

_____
Notary Public

My commission expires:

