IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

|  |  |
|---|---|
| THE STATE OF GEORGIA, ) <br> ) <br> v. ) <br> ) <br> MARK R. MEADOWS, ) <br> ) <br> *Defendant*. ) <br> ) | Case No. 1:23-cv-03621-SCJ <br><br> **ORAL ARGUMENT REQUESTED** |

**MOTION TO DISMISS CHARGES AGAINST DEFENDANT MARK R. MEADOWS BASED ON SUPREMACY CLAUSE IMMUNITY**

Defendant Mark R. Meadows, by and through his undersigned counsel, moves to dismiss all charges against him pursuant to Federal Rule of Criminal Procedure 12(b).  For the reasons set forth more fully in the accompanying Memorandum in Support of Motion to Dismiss Charges Against Defendant Mark R. Meadows Based on Supremacy Clause Immunity, all charges against Mr. Meadows should be dismissed pursuant to immunity under the Supremacy Clause of the U.S. Constitution that apply to all charges against Mr. Meadows.

THEREFORE, Mr. Meadows requests the Court to enter an order (1) granting removal pursuant to 18 U.S.C. §§ 1422, 1455, if not already granted, and (2) dismissing all claims against Mr. Meadows in the indictment filed in Fulton County dated August 14, 2023.

1

FURTHER, given the issues in this case are matters of national importance, involving the Supremacy Clause of the U.S. Constitution and immunity from state criminal proceedings, and for reasons explained in the Memorandum in Support of this Motion, Mr. Meadows would welcome the opportunity to address the issues and arguments at a hearing. Therefore, Mr. Meadows respectfully requests that the Court schedule oral argument on its Motion.

Dated: August 18, 2023

Respectfully submitted,
*George J. Terwilliger III*

*Counsel to Mark R. Meadows*

Joseph M. Englert
MCGUIREWOODS LLP
1230 Peachtree St., N.E., Suite 2100
Atlanta, GA 30309
(404) 443-5500
Jenglert@mcguirewoods.com

George J. Terwilliger, III (admitted *pro hac vice*)
John S. Moran (admitted *pro hac vice*)
Michael Francisco (admitted *pro hac vice*)
MCGUIREWOODS LLP
888 16th Street NW, Suite 500
Washington, DC 20006
(202) 857-1700
gterwilliger@mcguirewoods.com
jmoran@mcguirewoods.com
mfrancisco@mcguirewoods.com

## CERTIFICATE OF SERVICE

On August 18, 2023, the foregoing ***Motion to dismiss charges against defendant Mark R. Meadows based on Supremacy Clause Immunity*** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

This 18th day of August, 2023.

/s/ Michael Francisco
Joseph M. Englert
MCGUIREWOODS LLP
888 16TH STREET NW, SUITE 500
WASHINGTON, DC 20006
(202) 857-1700
MFRANCISCO@MCGUIREWOODS.COM