IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| THE STATE OF GEORGIA, ) | |
| ) | |
| v. ) | Case No. 1:23-cv-03621-SCJ |
| ) | |
| MARK R. MEADOWS, ) | |
| ) | |
| *Defendant*. ) | |

**NOTICE OF CORRECTED BRIEF IN SUPPORT OF MOTION TO DISMISS CHARGES AGAINST DEFENDANT MARK R. MEADOWS BASED ON SUPREMACY CLAUSE IMMUNITY**

Defendant Mark R. Meadows, by and through his undersigned counsel, provides this <u>corrected</u> brief in support of motion to dismiss charges against defendant Mark R. Meadows based on the Supremacy Clause, attached hereto. The corrected brief fixes typographical errors contained in the brief filed on August 18, 2023. Defendant Meadows asks that this corrected brief be substituted for the prior filed brief. Nothing of substance has been changed in the corrected copy of the brief.

Dated: August 19, 2023                    Respectfully submitted,
                                          <u>*Michael Francisco*</u>

                                          *Counsel to Mark R. Meadows*

Joseph M. Englert

1

McGuireWoods LLP
1230 Peachtree St., N.E., Suite 2100
Atlanta, GA 30309
(404) 443-5500
Jenglert@mcguirewoods.com

George J. Terwilliger, III (admitted *pro hac vice*)
John S. Moran (admitted *pro hac vice*)
Michael Francisco (admitted *pro hac vice*)
MCGUIREWOODS LLP
888 16th Street NW, Suite 500
Washington, DC 20006
(202) 857-1700
gterwilliger@mcguirewoods.com
jmoran@mcguirewoods.com
mfrancisco@mcguirewoods.com

## **CERTIFICATE OF SERVICE**

On August 19, 2023, the foregoing *Notice of Corrected Brief in Support of Motion to dismiss charges against defendant Mark R. Meadows based on Supremacy Clause Immunity* was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

This 19th day of August, 2023.

/s/ Michael Francisco
MCGUIREWOODS LLP
888 16TH STREET NW, SUITE 500
WASHINGTON, DC 20006
(202) 857-1700
MFRANCISCO@MCGUIREWOODS.COM