IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| THE STATE OF GEORGIA,<br><br>v.<br><br>MARK R. MEADOWS,<br><br>*Defendant*. | Case No. 1:23-cv-03621-SCJ |

## DECLARATION OF JOHN S. MORAN IN SUPPORT OF EMERGENCY MOTION FOR IMMEDIATE REMOVAL, OR FOR AN ORDER PROHIBITING DA FANI WILLIS FROM ARRESTING DEFENDANT MARK MEADOWS

I, John S. Moran, declare as follows:

1. I am a partner with the law firm McGuireWoods LLP and one of the attorneys representing Defendant Mark R. Meadows in *Georgia v. Meadows*, 1:23-CV-03621- SCJ, where I have been admitted *pro hac vice*.

2. I submit this declaration in support of Mr. Meadows's Emergency Motion for Immediate Removal, or for an Order Prohibiting DA Fani Willis from Arresting Defendant Mark Meadows.

3. Attached hereto as Exhibit 1 is a true and accurate copy of an August 16, 2023, email from me to District Attorney Fani Willis requesting a call to meet and confer about Mr. Meadows's Notice of Removal (Dkt. 1) and logistics relating to the state court proceeding.

4. Attached hereto as Exhibit 2 is a true and accurate copy of an August 16, 2023, email from District Attorney Willis to me stating that no one on her team would be available to speak to us prior to Monday, August 21 at 10:30 AM.

5. Attached hereto as Exhibit 3 is a true and accurate copy of an August 21, 2023, letter from me to District Attorney Willis requesting an extension of her deadline for Mr. Meadows's voluntary surrender by Noon on Friday, August 25, until after this Court's hearing on Monday, August 28.

6. Attached hereto as Exhibit 4 is a true and accurate copy of an August 22, 2023, email from District Attorney Willis to me rejecting the extension request and expressing her intent to file a warrant for arrest on Friday, August 25 at 12:30 P.M. if Mr. Meadows has not voluntarily surrendered by then.

7. Attached hereto as Exhibit 5 is a true and accurate copy of an August 22, 2023, letter from me to District Attorney Willis urging reconsideration of her decision to deny the extension request.

8. Attached hereto as Exhibit 6 is a true and accurate copy of the Motion for Entry of Pretrial Scheduling Order and the accompanying Proposed Pretrial Scheduling Order, filed by the Fulton County District Attorney's Office on August 16, 2023, in the Superior Court of Fulton County, Georgia in the case *Georgia v. Trump, et al.*, 23SC188947.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this, the twenty-second day of August, 2023.

_____
John S. Moran