# EXHIBIT ONE

| | |
|---|---|
| **From:** | Moran, John S. |
| **To:** | "Fani.WillisDA@fultoncountyga.gov" |
| **Cc:** | "nathan@wadeandcampbell.com"; "FMcDonald@fultoncountyga.gov"; "Will.Wooten@fultoncountyga.gov"; "Adam.Ney@fultoncountyga.gov"; George J. Terwilliger III (gterwilliger@mcguirewoods.com); Michael Francisco (mfrancisco@mcguirewoods.com); Englert, Joseph M. |
| **Subject:** | Georgia v. Meadows, No. 1:23-cv-03621-SCJ (N.D. Ga.) |
| **Date:** | Wednesday, August 16, 2023 1:36:33 PM |
| **Attachments:** | 20230815 Georgia v. Meadows - Notice of Removal.pdf<br>20230815 Georgia v. Meadows - Notice of Removal - Ex 1 - Indictment.pdf |

Ms. Willis,

On behalf of our client, Mark Meadows, we wanted to reach out and see if you or an appropriate representative from your team would be available for a call this afternoon.  Yesterday, Mr. Meadows removed the criminal proceeding your office initiated against him to the U.S. District Court for the Northern District of Georgia.  (It appears that the clerk already entered you on the docket and provided you a copy by e-mail, but I am attaching a copy of the notice and Exhibit 1 for convenience.)

We intend to move the Court "promptly" to determine that removal should be permitted and to notify the state court, as provided in 28 U.S.C. § 1455(b)(5), or in the alternative, to stay state criminal proceedings against Mr. Meadows pending consideration of his notice of removal.  We would welcome the opportunity to confer with you on the motion, including in particular about a briefing schedule and hearing date.

I should also note that Danny Griffin spoke with Mr. Wade earlier today to request an opportunity to confer timing and logistics in connection with the state court proceeding. Mr. Wade suggested that Mr. Griffin call on Monday morning at 10:30 AM to have that discussion.  We would welcome the opportunity to confer on those issues sooner but will otherwise wait for Monday morning.

Regards,

**John S. Moran**
Partner
McGuireWoods LLP
888 16th Street N.W.
Suite 500
Black Lives Matter Plaza
Washington, DC 20006
T:   +1 202 828 2817
M: +1 202 525 0356
F:   +1 202 828 3327
jmoran@mcguirewoods.com

Bio | VCard | LinkedIn | www.mcguirewoods.com

