# EXHIBIT TWO

| | |
|---|---|
| **From:** | Willis, Fani |
| **To:** | Moran, John S. |
| **Cc:** | nathan@wadeandcampbell.com; FMcDonald@fultoncountyga.gov; Wooten, Will; Ney, Adam; Terwilliger, George J. III; Francisco, Michael; Englert, Joseph M. |
| **Subject:** | RE: Georgia v. Meadows, No. 1:23-cv-03621-SCJ (N.D. Ga.) |
| **Date:** | Wednesday, August 16, 2023 1:44:44 PM |
| **Attachments:** | image001.png |

**\*\*EXTERNAL EMAIL; use caution with links and attachments\*\***

Greetings Attorney Moran:

We can discuss this and the issue of your client's bond on Monday at 10:30 am. Unfortunately, no one from my team will be available prior to that time.

Yours in Service,

*Fani T. Willis*

Fani T. Willis
District Attorney
Atlanta Judicial Circuit
Fulton County, Georgia

Please note:  This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately.

**From:** Moran, John S. <JMoran@mcguirewoods.com>
**Sent:** Wednesday, August 16, 2023 1:37 PM
**To:** Willis, Fani <Fani.WillisDA@fultoncountyga.gov>
**Cc:** nathan@wadeandcampbell.com; FMcDonald@fultoncountyga.gov; Wooten, Will <Will.Wooten@fultoncountyga.gov>; Ney, Adam <Adam.Ney@fultoncountyga.gov>; Terwilliger, George J. III <GTerwilliger@mcguirewoods.com>; Francisco, Michael <MFrancisco@mcguirewoods.com>; Englert, Joseph M. <JEnglert@mcguirewoods.com>
**Subject:** Georgia v. Meadows, No. 1:23-cv-03621-SCJ (N.D. Ga.)

Ms. Willis,

On behalf of our client, Mark Meadows, we wanted to reach out and see if you or an appropriate representative from your team would be available for a call this afternoon.  Yesterday, Mr. Meadows removed the criminal proceeding your office initiated against him to the U.S. District Court for the Northern District of Georgia.  (It appears that the clerk already entered you on the docket and provided you a copy by e-mail, but I am attaching a copy of the notice and Exhibit 1 for convenience.)

We intend to move the Court "promptly" to determine that removal should be permitted and to notify the state court, as provided in 28 U.S.C. § 1455(b)(5), or in the alternative, to stay state criminal proceedings against Mr. Meadows pending consideration of his notice of removal.  We would welcome the opportunity to confer with you on the motion, including in particular about a briefing schedule and hearing date.

I should also note that Danny Griffin spoke with Mr. Wade earlier today to request an opportunity to confer timing and logistics in connection with the state court proceeding. Mr. Wade suggested that Mr. Griffin call on Monday morning at 10:30 AM to have that discussion.  We would welcome the opportunity to confer on those issues sooner but will otherwise wait for Monday morning.

Regards,

**John S. Moran**
Partner
McGuireWoods LLP
888 16th Street N.W.
Suite 500
Black Lives Matter Plaza
Washington, DC 20006
T:  +1 202 828 2817
M: +1 202 525 0356
F:  +1 202 828 3327
jmoran@mcguirewoods.com
Bio | VCard | LinkedIn | www.mcguirewoods.com



*This e-mail from McGuireWoods may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.*