# EXHIBIT THREE

# McGuireWoods

**McGuireWoods LLP**
888 16th Street N.W.
Suite 500
Black Lives Matter Plaza
Washington, DC 20006
Phone: 202.857.1700
Fax: 202.857.1737
www.mcguirewoods.com

**John S. Moran**
Direct: 202.828.2817
jmoran@mcguirewoods.com

Monday, August 21, 2023

**By E-mail & Federal Express**

Fani T. Willis
Fulton County District Attorney
136 Pryor Street
Atlanta, GA 30303
(404) 612-8904
fani.willisda@fultoncountyga.gov

*Georgia v. Meadows*, No. 1:23-cv-03621-SCJ (N.D. Ga.)

District Attorney Willis:

I spoke with your team this morning about a consent bond for Mark R. Meadows. We are reviewing your Office's proposed terms and will discuss them with our client. We understand that you have set a deadline of this Friday, August 25, 2023, at Noon for voluntary surrender.

We respectfully request a modest extension of that deadline. As you know, Mr. Meadows has removed the case against him to federal court. Judge Steve C. Jones issued an order last Wednesday declining summary remand and setting a hearing for one week from today—Monday, August 28, at 10 AM—to address removal. We believe it would be eminently reasonable, and the best allocation of the parties' resources, to defer voluntary surrender for Mr. Meadows until next week.

If you agree, we will be prepared to meet and confer with you immediately following the federal court hearing—which is scheduled for less than one business day after the current deadline. We can then discuss the best path forward based on the outcome of the hearing, including a prompt voluntary surrender in Fulton County, if appropriate.

Thank you for your consideration. We would appreciate your reply at your soonest convenience.

Sincerely,

John S. Moran
*Counsel to Mark R. Meadows*

cc: George J. Terwilliger, III, McGuireWoods LLP

Atlanta | Austin | Baltimore | Charlotte | Charlottesville | Chicago | Dallas | Houston | Jacksonville | London | Los Angeles - Century City
Los Angeles - Downtown | New York | Norfolk | Pittsburgh | Raleigh | Richmond | San Francisco | Tysons | Washington, D.C.