# EXHIBIT FOUR

| From: | Willis, Fani |
| --- | --- |
| To: | Moran, John S. |
| Cc: | Terwilliger, George J. III; Englert, Joseph M.; Wooten, Will; nathan@wadeandcampbell.com |
| Subject: | RE: Georgia v. Meadows, No. 1:23-cv-03621-SCJ (N.D. Ga.) - Letter re Voluntary Surrender |
| Date: | Tuesday, August 22, 2023 6:25:56 AM |
| Attachments: | image001.png |

**\*\*EXTERNAL EMAIL; use caution with links and attachments\*\***

Good Morning Mr. Moran:

I am not granting any extensions.  I gave 2 weeks for people to surrender themselves to the court.  Your client is no different than any other criminal defendant in this jurisdiction.  The two weeks was a tremendous courtesy.   At 12:30 pm on Friday I shall file warrants in the system.  My team has availability to meet to discuss reasonable consent bonds Wednesday and Thursday.

Yours in Service,

*Fani T. Willis*

Fani T. Willis
District Attorney
Atlanta Judicial Circuit
Fulton County, Georgia

Please note:  This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately.

**From:** Moran, John S. <JMoran@mcguirewoods.com>
**Sent:** Monday, August 21, 2023 6:11 PM
**To:** Willis, Fani <Fani.WillisDA@fultoncountyga.gov>
**Cc:** Terwilliger, George J. III <GTerwilliger@mcguirewoods.com>; Englert, Joseph M. <JEnglert@mcguirewoods.com>; Wooten, Will <Will.Wooten@fultoncountyga.gov>; nathan@wadeandcampbell.com
**Subject:** Georgia v. Meadows, No. 1:23-cv-03621-SCJ (N.D. Ga.) - Letter re Voluntary Surrender

DA Willis,

Attached please find a letter on behalf of our client, Mark R. Meadows.  We will also send a hard copy via Federal Express.

Regards,

**John S. Moran**
Partner
McGuireWoods LLP
888 16th Street N.W.
Suite 500
Black Lives Matter Plaza
Washington, DC 20006
T:   +1 202 828 2817
M: +1 202 525 0356
F:   +1 202 828 3327
jmoran@mcguirewoods.com
Bio | VCard | LinkedIn | www.mcguirewoods.com



*This e-mail from McGuireWoods may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.*