# EXHIBIT FIVE

# McGuireWoods

**McGuireWoods LLP**
888 16th Street N.W.
Suite 500
Black Lives Matter Plaza
Washington, DC 20006
Phone: 202.857.1700
Fax: 202.857.1737
www.mcguirewoods.com

**John S. Moran**
Direct: 202.828.2817
jmoran@mcguirewoods.com

Tuesday, August 22, 2023

**By E-mail & Federal Express**

Fani T. Willis
Fulton County District Attorney
136 Pryor Street
Atlanta, GA 30303
(404) 612-8904
fani.willisda@fultoncountyga.gov

*Georgia v. Meadows*, No. 1:23-cv-03621-SCJ (N.D. Ga.)

District Attorney Willis:

I write in response to your email this morning rejecting our request in my letter yesterday for a modest extension of the voluntary-surrender deadline so that our client, Mark R. Meadows, will not be arrested before Judge Steve C. Jones has an opportunity to conduct an evidentiary hearing and decide whether to permit his removal, as provided under 28 U.S.C. § 1455(b)(5).

While I can understand the sentiment behind your assertion that Mr. Meadows "is no different than any other criminal defendant in [Fulton County]," we both know that is simply not true when it comes to our request. He is a former federal official charged with state-law crimes for conduct that occurred while he was serving as Chief of Staff to the President of the United States. Under the laws and Constitution of the United States, he has a right to remove his case to federal court under 28 U.S.C. § 1442(a)(1), and ultimately, to have the charges against him dismissed under the Supremacy Clause. You and your Office surely considered these issues before filing these charges.

We expect you will not agree with Mr. Meadows on the merits of removal or immunity. But we would expect you to agree that he has a right to have his arguments considered, just like any other defendant. In this instance, the rights Mr. Meadows asserts include the right not to be "***arrested*** and brought to trial in a State court." *Tennessee v. Davis,* 100 U.S. 257, 263 (1880) (emphasis added). By arresting Mr. Meadows or coercing him into a voluntary surrender before the hearing on Monday, you would be irreparably impairing his rights under federal law and frustrating the federal district court's orderly consideration of removal.

We strongly urge you to reconsider. In the meantime, we will pursue appropriate recourse to protect Mr. Meadows and his rights under federal law.

M. Meadows
August 22, 2023
Page 2

                                                                               Sincerely,

                                                                               John S. Moran
                                                                               *Counsel to Mark R. Meadows*

cc: George J. Terwilliger, III, McGuireWoods LLP