IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

|  |  |
|---|---|
| THE STATE OF GEORGIA,<br><br>v.<br><br>MARK R. MEADOWS,<br><br>      *Defendant*. | )<br>)<br>)<br>)<br>) Case No. 1:23-cv-03621-SCJ<br>)<br>)<br>)<br>)<br>) |

### [PROPOSED] ORDER GRANTING EMERGENCY MOTION FOR IMMEDIATE REMOVAL, OR FOR AN ORDER PROHIBITING DA FANI WILLIS FROM ARRESTING DEFENDANT MARK MEADOWS

Having read and considered the Emergency Motion for Immediate Removal, or for an Order Prohibiting DA Fani Willis from Arresting Defendant Mark Meadows, it is hereby **ORDERED** that the motion is granted.

The Court hereby **GRANTS** permission to remove the state court proceeding. The Court will hold the scheduled evidentiary hearing on **Monday, August 28, 2023**, to consider how to "dispos[e] of the prosecution as justice shall require." 28 U.S.C. § 1455(b)(5). The Fulton County District Attorney may still submit a written response to Defendant Meadows's Notice of Removal no later than **Wednesday, August 23, 2023**, as directed on August 16, 2023.

The Court hereby **NOTIFIES** the Superior Court of Fulton County, Georgia that, pursuant to 28 U.S.C. § 1455(b)(5), the case has been removed and it shall proceed no further. The Clerk is **DIRECTED** to send a certified copy of this Order

to the Superior Court of Fulton County, Georgia, referencing Criminal Action No. 23SC188947.

So ordered this _____ day of August 2023.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE