IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THE STATE OF GEORGIA,<br><br>v.<br><br>MARK R. MEADOWS,<br><br>Defendant. | CIVIL ACTION FILE<br><br>No. 1:23-CV-03621-SCJ<br><br>RE: NOTICE OF REMOVAL OF FULTON COUNTY SUPERIOR COURT INDICTMENT NO. 23SC188947 |

## ORDER

This matter appears before the Court on Defendant Mark Meadows's Emergency Motion for Immediate Removal or to Prohibit his Arrest.[1] Doc. No. [17]. In order for the Court to promptly address this Motion, the Court **ORDERS** the Fulton County District Attorney's Office to respond to Meadows's Motion by **3p.m. tomorrow, Wednesday August 23, 2023**. This response may not exceed **25 pages**. No reply will be permitted.

---

[1] All citations are to the electronic docket unless otherwise noted, and all page numbers are those imprinted by the Court's docketing software.

**IT IS SO ORDERED** this ___22nd___ day of August, 2023.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE