FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 2 2 2023

KEVIN P. WEIMER, Clerk
By: CJMots Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

*IN RE* USE OF CELLULAR TELEPHONES
AND ELECTRONIC EQUIPMENT ON
THE 19th FLOOR OF THE RICHARD B.
RUSSELL BUILDING ON AUGUST 28, 2023

ADMINSTRATIVE ORDER
NO. 23-03

## ORDER

Following consultation with the United States Marshals Service and pursuant to Local Rule 83.4(B), NDGa. (concerning special orders for widely publicized and sensational cases), the Court hereby deems it proper and so **ORDERS** that all cellular phones and other electronic devices with cameras or other recording technology are prohibited on the **19th floor** of the Richard B. Russell Federal Building and United States Courthouse on **August 28, 2023**.[1] It is further **ORDERED** that the penalty for knowing or willful violation of this Order includes punishment for contempt of court pursuant to 18 U.S.C. § 401.

IT IS SO ORDERED this 22nd day of August, 2023.

HON. TIMOTHY C. BATTEN, SR.
CHIEF U.S. DISTRICT JUDGE

---

[1] The following authorized officials are excepted from this Order: the United States Marshal and his deputies and staff; the chambers staff and courtroom deputies of the Honorable Steve C. Jones, the Honorable Mark H. Cohen, the Honorable Michael L. Brown, and the Honorable J.P. Boulee; the Clerk of Court and his chief deputies; court reporters with offices or proceedings on the 19th floor; the Court's IT staff; and the Court's facilities management staff.

cc:     All Northern District of Georgia Judges, Bankruptcy Judges, and Magistrate Judges
       United States Marshal
       United States Attorney
       Federal Public Defender
       Clerk of Court / District Court Executive
       Clerk, Bankruptcy Court
       Chief Probation Officer