AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| THE STATE OF GEORGIA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-cv-03621-SCJ |
| MARK R. MEADOWS | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

THE STATE OF GEORGIA                                                                                                   .

Date:   08/21/2023

/s/ F. McDonald Wakeford
*Attorney's signature*

F. McDonald Wakeford GA Bar No. 414898
*Printed name and bar number*
Office of the Fulton County District Attorney
136 Pryor Street SW, 3rd Floor
Atlanta, GA 30303

*Address*

fmcdonald.wakeford@fultoncountyga.gov
*E-mail address*

(404) 612-3253
*Telephone number*

*FAX number*