IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| STATE OF GEORGIA, <br><br> v. <br><br> MARK R. MEADOWS | Case No. 1:23-cv-03621-SCJ |
| STATE OF GEORGIA <br><br> v. <br><br> JEFFREY BOSSERT CLARK | Case No. 1:23-cv-03721-SCJ |

**MOTION OF *AMICI CURIAE* CYNTHIA ALKSNE, ERWIN CHEMERINSKY, AMY LEE COPELAND, JULIE GROHOVSKY, SARAH SALDANA, AND SHAN WU FOR LEAVE TO FILE BRIEF IN OPPOSITION TO THE EMERGENCY MOTIONS OF DEFENDANTS JEFFREY BOSSERT CLARK AND MARK R. MEADOWS**

Cynthia Alksne, Erwin Chemerinsky, Amy Lee Copeland, Julie Grohovsky, Sarah Saldana, and Shan Wu respectfully move for leave to file the attached brief as *amici curiae* in opposition to Jeffrey Clark's and Mark Meadows's emergency motions seeking to stay state court criminal proceedings.[1] In support of their motion, *amici* state the following:

---

[1] Cynthia Alksne is a career federal prosecutor, serving in the United States Department of Justice, as an Assistant US Attorney in the United States Attorney's

This Court possesses the "inherent authority" to grant leave to file an amicus brief. *Ga. Aquarium, Inc. v. Pritzker*, 135 F.Supp.3d 1280, 1288 (N.D. Ga 2015). The Court has recognized that leave to file an amicus brief is appropriate where amici "contribute to the court's understanding of the matter in question" by proffering "timely and useful" information. *Id.* (*quoting Conservancy of Southwest Florida v. U.S. Fish and Wildlife Serv.*, 2010 WL 3603276 at *1 (M.D. Fla. Sept. 9, 2010)), and where amici "demonstrate[] sufficient interest in [the] litigation." *DeJulio v. Georgia*, 127 F.Supp.2d 1274, 1285 (N.D. Ga. 2001)).

---

Office in Washington, as Assistant District Attorney in the Brooklyn, NY District Attorney's Office, and as Assistant Attorney General for the State of Texas.

Erwin Chemerinsky is the Dean of the University of California Berkeley School of Law, where he holds the title of Jesse H. Choper Distinguished Professor of Law. He frequently argues appellate cases, including in the United States Supreme Court. He is the author of numerous books, including leading casebooks and treatises about constitutional law, criminal procedure, and federal jurisdiction and has authored over 200 law-review articles.

Amy Lee Copeland is a former Georgia federal prosecutor and criminal defense attorney.

From 2001 to 2004, Julie Grohovsky served as an Attorney Advisor in the Office of the Inspector General for the Department of Justice. Previously, she served as an Assistant United States Attorney in the District of Columbia.

The Honorable Sarah R. Saldaña is the former Director of Immigration & Customs Enforcement under President Barack Obama. Prior to her role at ICE, she served as the United States Attorney for the Northern District of Texas.

Shan Wu previously served as Counsel to Attorney General Janet Reno and as an Assistant United States Attorney in Washington, D.C.

*Amici curiae* are former prosecutors and a federal courts scholar. They have decades of experience with the issues raised in the emergency motions, including those regarding removal and collateral consequences in the federal and state court contexts. *Amici* seek leave to file this brief because, given their decades of public service, their personal familiarity with the constitutional issues at issue here, and their commitment to the integrity of our democratic system, they maintain an active interest in the proper resolution of the questions raised by the emergency motions.

*Amici* respectfully submit that their proposed amicus brief may assist the Court in its decisional process and in its evaluation of the legal issues raised by the emergency motions. The proposed amicus brief is narrowly tailored to key issues before the Court and granting leave would not cause any delay or prejudice to the parties.

For the foregoing reasons, *amici* request this Court grant them leave to file the attached brief.[2]

---

[2] Counsel for *amici* contacted counsel for the parties to seek leave to file the amicus brief. Counsel from the Fulton County District Attorney's Office consented. Counsel for Jeffrey Clark did not consent. Counsel for Mark Meadows did not consent and asked that undersigned counsel provide the following statement of his client's position: "While the ultimate issues of removal and immunity might be a different matter, Mr. Meadows does not consent to an amicus filing on his motion for emergency relief. The Court has directed the State to respond today and has not allowed for any other filings, including a reply brief. An additional filing of non-parties in opposition would not be appropriate under the circumstances."

Dated: August 23, 2023

                                Respectfully submitted,

                                /s/ Brian Kammer
Brian Kammer (Ga. 406322)
Kammer Law Office LLC
241 E Lake Dr
Decatur, GA 30030
(678) 235-4964
attybkammer@gmail.com

Maithreyi Ratakonda*
STATES UNITED DEMOCRACY CENTER
1 Liberty Plaza, 165 Broadway, Office 2330
New York, NY, 10006
Tel.: (202) 999-9305
mai@statesuniteddemocracy.org

Jonathan Williams*
STATES UNITED DEMOCRACY CENTER
400 NW 7th Ave. #14310
Fort Lauderdale, FL 33311
Tel.: (202) 999-9305
jonathan@statesuniteddemocracy.org

*Pro hac vice applications forthcoming

3

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I hereby certify that this brief has been prepared in Times New Roman, 14-point font, one of the fonts and point selections approved by the Court in Local Rule 5.1(C).

/s/Brian Kammer
Brian Kammer
Georgia Bar No. 406322

*Counsel for Amici Curiae*