IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THE STATE OF GEORGIA,<br><br>v.<br><br>MARK R. MEADOWS,<br><br>Defendant. | CIVIL ACTION FILE<br><br>No. 1:23-CV-03621-SCJ<br><br>RE: NOTICE OF REMOVAL OF FULTON COUNTY SUPERIOR COURT INDICTMENT NO. 23SC188947 |

## ORDER

This matter appears before the Court on an Amicus Curiae's Motion for Leave to File Brief as Amici Curiae with Brief In Support.[1] Doc. No. [24]. As the Court has already entered an Order on the Emergency Motion which the Amici wish to comment on, the Court **DENIES AS MOOT** the Amici's Motion.

---

[1] All citations are to the electronic docket unless otherwise noted, and all page numbers are those imprinted by the Court's docketing software.

IT IS SO ORDERED this __23rd__ day of August, 2023.

                                            _/s/ Steve C. Jones_
                                            **HONORABLE STEVE C. JONES**
                                            **UNITED STATES DISTRICT JUDGE**