**EXHIBIT A**

EXCERPT OF JUNE 8, 2022, DEPOSITION OF MICHAEL SHIRKEY

1       A      You are correct.

2       Q      So if you could --

3       A      Go ahead.

4       Q      Yeah. I'm sorry.

5       So in that larger group, who made the trip to Washington with you and Speaker
6 Chatfield?

7       A      In addition to Speaker Chatfield and myself, we had Senators Barrett,
8 Lauwers, and Nesbitt, and Representatives Wentworth and Lilly, and then we each had
9 our own respective general counsels with us.

10       Q      And which members of that group actually attended the Oval Office
11 meeting?

12       A      Everyone except the general counsels.

13       Q      Do you recall approximately how long that meeting lasted in the Oval Office?

14       A      From the time we left the Roosevelt Building, I think it's called -- Eisenhower
15 Building -- until the time we got back, it was approximately 90 minutes.

16       Q      Who else, other than the Michigan delegation that you've described, who
17 else was present for the meeting in the Oval Office?

18       A      Physically present, all I recall is Mark Meadows.

19       Q      Were there other people who participated by phone?

20       A      Yes.

21       Q      Who do you recall participating by phone?

22       A      I recall Ronna Romney McDaniel and Rudy Giuliani.

23       Q      Do you know Ms. McDaniel from Michigan days?

24       A      I do know of her from her Michigan days, yes.

25       Q      I take it, did you invite her to this meeting?

1      A    I don't think I invited her to the meeting, no.

2      The video went out.

3      Q    Okay. And I take it the same is true for Mr. Giuliani, you didn't invite him to

4 participate in the meeting?

5      A    No. President Trump invited him to the meeting once the meeting started.

6      Q    And is that true for Ms. McDaniel, that she was not present on the phone

7 when the meeting started?

8      A    Neither Ronna nor Rudy were on the phone when the meeting started.

9      Mr. Schneider. ▓▓▓ can you hold on a second? We're just having an issue

10 with the video.

11      ▓▓▓ Sure. Let's go off the record.

12      [Discussion off the record.]

13      ▓▓▓ Okay. We'll go back on the record.

14      ▓▓▓

15      Q    So, Senator Shirkey, you said the meeting lasted about 90 minutes. Could

16 you just give us, before we get into the details, just a brief overview of what took place

17 during that 90-minute meeting? And then I'll want to dig in on some of the specifics.

18      A    So we left the Eisenhower Building, made our way across the walkway, went

19 up through a narrow set of stairs, went into the reception area, which I believe was

20 immediately adjacent to the Oval Office.

21      Had an interaction with the receptionist for the United States of America.

22 Challenged her on that title that she got, and she showed me her business card. So she

23 indeed was the receptionist for the United States of America.

24      I don't think we were there more than 5 to 7 minutes. Didn't feel like a long

25 time. And then we were escorted into the Oval Office.

1  And Mr. -- President Trump was behind his desk. Came out from behind it and
2  shook everybody's hands.
3  And then there were seven chairs set up across the front of the desk, and we all
4  took positions on those chairs. Mark Meadows sat on the sofa behind us. And to the
5  best of my recollection, he was there for the entire meeting.
6  And then we ran through the cordials. So everybody had a chance to introduce
7  themselves and where they're from in Michigan and maybe -- I think some of them even
8  acknowledged some of the committees that they serve on.
9  And then we started, began to have a conversation. Conversation for a while.
10 And then at one point in time, the President got up and went out in the Rose Garden for a
11 few minutes. I don't know how long. It was 7, 8 minutes maybe. I don't think it was
12 10 minutes.
13 And then after that the conference call occurred with Ronna and with Giuliani.
14 We did have an entertaining interaction with the fellow that brought Diet Coke in to the
15 President.
16 Then we finished up our conversations. We concluded with a presentation of
17 our letter to him and explained the purpose of it. And there were photo ops for all of
18 the members that were there. One member, I think Senator Nesbitt actually had
19 something he wanted the President to sign so he could have a signature from him.
20 And at that point in time, we departed from the Oval Office with Mark Meadows.
21 He took us on a detailed tour, a very interesting detailed tour of the Situation Room and
22 the Cabinet Room.
23 We spent not an insignificant amount of time in both of those locations because I
24 was full of questions regarding particularly the Situation Room. He went through a
25 number of scenarios in which he was actually present and personally was able to observe

1    with regards to things like rescuing people in remote parts of the world.

2        Then he presented to us some trinkets and souvenirs to leave with. And then we

3    left. And we did not go back to see the President or the Oval Office.

4    Q    Thank you for that overview. That's helpful.

5        So I want to focus on the portion, the conversation, what you described as sort of

6    the meeting starting after that, after the introductions, and so forth, but before the

7    President went out to the Rose Garden.

8        So what was the -- I assume the President at some point early on in that discussion

9    announced the reason that he had called you to Washington?

10    A    I don't think there was -- to the best of my recollection, I don't think there

11    was ever a formal statement of reason for coming, but there wasn't a mystery about it

12    either in terms of he's inquiring as to what Michigan is doing to investigate the allegations

13    on fraud.

14    Q    Can you give us more specifics about what the President said about the

15    allegations of fraud?

16    A    You know, I'm going to disappoint you a bit because there's not a lot of

17    specifics that he said that I'm going to remember directly. I'm doing the best I can to

18    remember the essence of the conversations.

19        One thing I do remember is that he never, ever, to the best of my recollection,

20    ever made a specific ask. It was always just general topics about, you know, did you

21    hear about this or what are you doing about -- you know. And he would make mention

22    about Wayne County and TCF Center and all of the video that was shown on national TV

23    with respect to that and did it in the form of questioning what's actually going on there.

24        He was a bit disparaging about Wayne County. At one point in time I made it

25    clear to him that he didn't lose Michigan because of Wayne County. And that was -- I

1 could tell by his body language that wasn't necessarily what he wanted to hear.

2     Q    Can I stop you there for one second?

3 What do you recall him saying that was disparaging of Wayne County?

4     A    Just that all of the chaos going on with TCF Center and the late night band

5 showing up that everybody has seen a thousand times on TV and the boxes being

6 unloaded, and then the inference that if none of that had happened he would have won

7 Michigan. And that's not a true statement.

8     Q    Did he make comments along the line of Detroit is corrupt or they're corrupt

9 in Detroit or in Wayne County, sort of broader statements about sort of his views of

10 Detroit politics, Wayne County politics, or elections?

11     A    I don't recall if he ever used the word "corrupt," but I do think he probably

12 referenced that Wayne County has a history.

13     Q    And you said you made some response -- or responded to that by telling him

14 that's not why he lost Michigan. Do you remember what you said to him in that regard?

15     A    I do, because I have had to repeat it a few hundred times to other people

16 besides President Trump.

17     Q    What did you say?

18     A    I said he primarily lost Michigan because of two counties that are routinely

19 Republican counties, Kent County and Oakland County, and more specifically he

20 underperformed with educated females.

21 And I'm going to be even more specific. If he had received the same number of

22 votes as the two winning sheriffs in those two counties, he likely would have won

23 Michigan.

24     Q    So I take it by November 18th, 2 weeks after the election, you already had

25 fairly specific demographic information about how sort of the votes broke out in various

1     parts of the State.

2     A    Yes. It was sliced and diced pretty well.

3     Q    And do you know how he did in -- how the President did in Wayne County as
4     compared to, say, 2016?

5     A    He actually outperformed considering the increase in voter turnout in 2020
6     than he did in 2016. It was not enough, obviously, to carry the election. He didn't
7     underperform in Wayne County if you compare it to 2016.

8     Q    You said that when you made that comment to him he didn't seem to like
9     the answer. What made you think that?

10     A    My recollection is he quickly changed the topic and went a different
11     direction, but don't ask me what that was because I don't remember that.

12     Q    Do you remember what he said about concerns about the TCF Center
13     specifically?

14     A    He's famous for broad strokes. Can you believe all the cardboard that they
15     were taping up on Plexiglass? And can you believe the yelling and screaming that
16     occurred? And can you believe they locked certain people out who wanted ostensibly
17     to come in to observe? There was a litany of those things that he was going through.

18     Q    Did you push back on any of those claims?

19     A    No, because I didn't know enough at that time.

20     Q    So the meeting was on -- I don't know if we even established this yet -- the
21     meeting was on November 20th, on a Friday. Is that right?

22     A    Yeah. Yes.

23     Q    So the evening before, or late in the afternoon before, on November 19th,
24     there was a press conference that Mayor Giuliani, Sidney Powell, and others held at the
25     RNC headquarters in Washington.

1       Do you recall that press conference or anything about it? It got a lot of national
2   media attention.
3       A   Yeah, I don't remember any -- I remember many, watching many press
4   conferences, but I don't remember -- I don't recall any specific press conferences. I
5   recall seeing Rudy Giuliani on television more often than I care to remember on this topic.
6       Q   This is a press conference that got a lot of attention. Mr. Giuliani had some
7   hair dye or what appeared to be hair dye running down his face during it. And there
8   was a lengthy discussion at the press conference by Sidney Powell and Mr. Giuliani about
9   Dominion voting machines and Hugo Chavez. I'm just wondering if that rings a bell for
10  you.
11      A   I can remember Giuliani mentioning Dominion voting machines. I'm just
12  not sure I remember it at that particular press conference.
13      Q   And the reason I bring up the press conference is that the Oval Office
14  meeting was the day after, and I'm wondering whether -- for a lot of people that press
15  conference left a lasting impression, and whether that was something that was front of
16  mind for you or came up in the discussions during the White House meeting.
17      A   So when he was on the conference call in the Oval Office he was repeating
18  things that I had heard him say multiple times. Whether or not it was the night before
19  or not, to me, he hadn't changed his mantra much at all.
20      Q   Got it. Okay. Let's move to that part of the meeting.
21      So you had this initial discussion. The President left the Oval Office for a period
22  of time, a few minutes, less than 10 minutes, and then came back in. And you said at
23  that point Ms. McDaniel and Mr. Giuliani joined by phone.
24      Am I getting that sequencing right?
25      A   You are.

1      Q      How is it that they joined the conversation, if you know?

2      A      If I recall correctly, the President hit a button on his phone and had

3 somebody connect them. He did not directly dial them.

4      Q      But he requested that they be brought into the conversation, to your

5 recollection?

6      A      That is true.

7      Q      Did the President bring Ms. McDaniel and Mr. Giuliani in at the same time or

8 was it at different points during the meeting?

9      A      I remember Ronna speaking first. I don't remember if they were on at the

10 same time or it was one call then the next one.

11      Q      What do you remember Ms. McDaniel saying during that meeting?

12      A      It was no substance. It was a lot of, "Sorry I wasn't able to be there to see

13 my friends from Michigan, yada, yada, yada." But there was no -- to my recollection,

14 there was no real substance as relates to the election.

15      Q      Did Mr. -- did the President tell the group why he was bringing Ms. McDaniel

16 into the call? So, in other words, "Hey, I'm going to get Ronna McDaniel on for X, Y, or Z

17 reason."

18      A      I don't remember.

19      Q      Okay. How about Mr. Giuliani? What do you recall his role being in the

20 meeting?

21      A      There was an interaction between the President and us about questioning

22 how were we looking into allegations of fraud and so forth. And we were -- again, that's

23 when we were talking about TCF and Wayne County and Oakland County and Kent

24 County.

25      And I believe the strong inference from both Speaker Chatfield and I was that we

1   saw no reason for anything to be done on our end other than to investigate some of the
2   allegations.
3       And he asked if you'd like to -- no. He asked, "Would you mind if I dialed in
4   Giuliani?" What am I going to say? Yeah, I don't want Giuliani on the phone? So I
5   think even if I said no, he would have just done it anyway.
6       But that's the best of my recollection.
7   Q   And when Mr. Giuliani came on the phone, did you get the sense that he was
8   surprised to be brought in? Had he been sort of -- did he know what he was getting into
9   or what you guys were doing when he was brought on the line? I know I'm asking you
10  to speculate somewhat here.
11  A   Yeah. I don't think I recall vividly enough to be able to comment on that,
12  other than it didn't take him long to get into his routine.
13  Q   He got up to top speed pretty quickly?
14  A   Yes.
15  Q   So tell me about what Mr. Giuliani said when he got on the line.
16  A   He started going through his litany of claims and observations that he's
17  made and the reasons why, in his opinion, the election was problematic, if not worse.
18  And he went on. He was filibustering, is what he was doing.
19      Of everybody in that room, I'm not so sure he wasn't the one that talked the
20  longest of all of us for that entire time. He talked a long time. That's what he was
21  doing.
22  Q   And was this -- was the President participating in that part of the discussion
23  or was Mr. Giuliani pretty much just on a long monologue?
24  A   He was on a long monologue. And so I'm not sure if this was ever talked
25  about post-meeting, but I may have offended him a little bit because I did my best to

interrupt him because he was going -- literally going on and on and on. It was just getting to the point of uncomfortable.

So I was, "Rudy? Rudy? Rudy?" He finally stopped talking. I simply asked, "So when are you going to file charges, file a lawsuit in Michigan?" And there may have been a 2-second void, and then he just kept talking.

Q So he didn't answer the question about when he would file the lawsuit?

A Never answered the question.

Q Why did you feel the need to interrupt him to ask that question?

A Because I'm impatient.

Q Did you find his presentation compelling in terms of the points that he was making about election fraud?

A I found that there was nothing new that I hadn't already heard.

Q Did any of the other members of the Michigan delegation speak up and challenge Mr. Giuliani in the same way that you did?

A I don't think anybody else spoke -- to the best of my recollection, I don't think anybody else spoke while Rudy was speaking.

Q Did the President make any comments during Mr. Giuliani's lengthy discussion about his concerns or claims about election fraud?

A I don't -- I honestly don't recall.

Q Did the President respond in any way when you challenged Mr. Giuliani and asked him when he was going to file a lawsuit?

A I recall that he sat up a little bit, but he never said a word that I recall.

Q When you asked Mr. Giuliani whether he was going to file a lawsuit, what did you mean by that or what was the point of making that -- or asking that question?

A My point then, and it always has been, that I got -- I was tired of hearing all

1   of these loosely calculated claims and allegations but no substance to back them up.

2   Something as serious as this, it was my strong personal feeling that we were

3   destroying the country by talking like this without having something to follow it up with

4   and creating unnecessary doubt across the country.

5   Q   Did you share that feeling explicitly at the meeting?

6   A   No.

7   Q   Did you ever say words to the effect that this is dangerous or we're

8   destroying the country by raising these claims without any evidence to back it up?

9   A   No.

10  Q   And I said "we are." I'm not suggesting that you were raising these claims, I

11  guess. Did you suggest that it was irresponsible or dangerous for Mr. Giuliani to be

12  raising these claims without evidence to back them up? Did you say words to that

13  effect?

14  A   I don't know. I don't think I did. But that was the -- you asked what was

15  the reason for me to say it, and that was the reason for me, to try to get to the point.

16  Q   At any point during the meeting did you tell the President your personal

17  view regarding the claims that had been raised regarding Michigan?

18  A   Yeah. I told him about he didn't lose it because of Wayne County and all

19  the rest of the stuff I just shared with you.

20  Q   You did share that. I'm sorry. I neglected that piece.

21  How about concerns about whether there was evidence to back up those specific

22  claims of election fraud? Did you ever raise concerns or questions about that in your

23  meeting with the President?

24  A   That was a strongly implied question when I asked Rudy whether or not he

25  was ever going to file a lawsuit. But I never mentioned it specifically.

1        Q      Any other comments to Mr. Giuliani -- or did you make any other comments

2 to Mr. Giuliani along the same lines, expressing skepticism or challenging him with

3 respect to the claims that he made, other than the comment you described about the

4 lawsuit?

5        A      I don't think I -- I don't think there was any more exchange between Giuliani

6 and I after that.

7        Q      At some point Mr. Giuliani stopped talking, I take it?

8        A      Yeah. Yes, he did.

9        Q      And then where did the meeting go from there?

10      A      It was terminated -- that call was terminated. I don't recall if it was

11 terminated by the President or by Giuliani.

12      Q      After Mr. Giuliani was off the line, did your conversation with the President

13 continue regarding election fraud? I know you've mentioned the COVID issue that you

14 brought up towards the end of the meeting, but was there any further discussion about

15 election fraud claims after Mr. Giuliani was off the line?

16      A      Marc, I don't recall that. It doesn't mean that it didn't happen. But it

17 was -- any comments that the President made regarding that, they were always just

18 general things. They were not specific.

19      ▮▮▮▮▮▮ Okay. Before I move on to another topic, ▮▮ do you have any

20 questions on this?

21      Ms. ▮▮▮. No. Thanks, ▮▮

22      ▮▮▮▮▮▮▮▮

23      Q      So I'm going to -- I know you described some other things that took place in

24 that meeting, but I'm going to move on to sort of the post-meeting time period, Senator

25 Shirkey.