**EXHIBIT B**

EXCERPT OF MARCH 7, 2022, DEPOSITION OF CASSIDY HUTCHINSON

1   and then not coming.   And then Mr. Meadows asked Mr. Giuliani who he could have his

2   team coordinate with.   And then that's when they put me in contact with Mr. Epshteyn

3   and Mr. Kerik.

4       Now, there's people's information coming from Mr. Epshteyn, Mr. Kerik.   People

5   were communicating to Ms. Molly Michael, and then Ms. Molly Michael would either call

6   me -- I typically -- this might have been one of the first times I did meeting logistics.   It

7   wasn't something I really ever did before.

8       So it was a little bit more discombobulated.   We were pretty short staffed that

9   day because it was the day before Thanksgiving, so there was a lot of cooks in the kitchen

10  on this particular event.   Ms. Michael, Mr. Kerik, and Mr. Epshteyn were the primary

11  people I think I was in contact with that day.

12      Q   Okay.   If we can scroll -- continue scrolling.   I'll show you page 4 of exhibit

13  No. 21.   These are still messages with Mr. Kerik, showing his vehicle registration

14  information.   And we stop there.   An identification for an individual named James

15  Phillip Waldron.   And if we keep scrolling, some personal information for him.

16      And then on to page 5, it says:   We should be arriving just before 6.   And you

17  send what looks to be a final list, as best I can tell at this point, with 29 individuals.

18      Is it your understanding that all of these people showed up to meet at the White

19  House on November the 25th after the hearing in Pennsylvania?

20      A   Yes.   And I do believe there were maybe a couple more because I do

21  remember having to go and edit the list.

22      Q   Okay.   And Phil Waldron, had you ever talked to him before or seen him

23  before November 25th?

24      A   I believe November 25th is the first time I saw -- I had met Mr. Waldron.   I

25  know that we met several times after that, but I believe November 25th was the first time

88

1     that I had communicated with and met him in person.

2     Q     What was your understanding of Mr. Waldron's role with respect to what I'll
3     call the campaign, whatever is left over from the campaign in the postelection period?

4     A     On November 25th, I had absolutely no idea who he was.

5     Q     Were you in the meeting --

6     A     I didn't know that he was -- I didn't know that he was going to end up taking
7     a more prominent role. I thought that he would have just -- I thought at the time he
8     was just another guest that was coming that day to meet the President.

9     Q     And you said he did take a more prominent role ultimately?

10     A     He came back to the White House, and he continued speaking with Mr.
11     Meadows on and off throughout November, December, January, where a lot of these
12     other individuals, you know, November 25th was the first and last time they came to the
13     White House.

14     Q     Do you know what Mr. Waldron came to talk to Mr. Meadows about
15     throughout that period?

16     A     Issues of election fraud.

17     Q     Would he come by himself or with others?

18     A     I believe he always came with others. I don't believe him and Mr.
19     Meadows ever met individually.

20     Q     Now, this is jumping ahead a bit, and we don't have this as an exhibit. We
21     understand that Mr. Waldron had some role in a PowerPoint presentation about options
22     for January the 6th. And this has been circulating more recently, so I don't want you to
23     base your answers on anything you learned recently. But do you remember Mr.
24     Waldron and his role in that PowerPoint at all?

25     A     I remember Mr. Waldron bringing up the PowerPoint, and I don't recall

1  whether he emailed it to me or -- but I recall him saying it'll be in your email.   I don't

2  recall how.   And I do recall the PowerPoint from that time.

3          Q     Is that one of the PowerPoints you referred to earlier, do you think, when we

4  talked about PowerPoints and Mr. Eastman and some of the other theories?

5          A     Yes, sir.

6          Q     And you received that PowerPoint directly from Mr. Waldron?

7          A     I don't -- I don't recall who I received it from, but I recall Mr. Waldron

8  discussing that PowerPoint, either that I would be soon receiving or that he would be

9  sending me.

10         Q     What did he ask -- or what did he want you to do with that PowerPoint, if

11 anything, and to your understanding?

12         A     I don't recall him asking me to take specific action on it, other than I knew

13 that he wanted it to be discussed, knew that it would be a topic of conversations if not

14 meetings.   But I don't recall him asking me at the time to take specific instruction or

15 action on any materials that may or may not have come across my desk that he was

16 involved in.

17         Q     Do you remember whether this PowerPoint was ever presented to Members

18 of Congress?

19         A     I guess the PowerPoint that I'm thinking of that was presented to members

20 in the Cabinet Room meeting on December 21st.   But to be fair, there were several

21 PowerPoints that had come across my desk.   So, I mean, I'm thinking of the ones that I

22 believe was in that meeting, but there is numerous -- a number of presentations.

23         Q     Okay.   And we'll get to that meeting in particular in a moment.   But you

24 remember discussions on December 21st in the meeting in the Cabinet Room about

25 something related to options for January the 6th and the Joint Session of Congress?

1     A    Yes, sir.

2     Q    Okay. And we will get to that.

3          Getting back to the exhibit that we had up, which is the text messages with Bernie

4    Kerik --

5     A    I put those away.

6     Q    I'm sorry.

7     A    That's okay. I jumped the gun on that one.

8     Mr. Passantino.   Optimism.

9               BY MR. ███████:

10    Q    All right. So on page 6, you say -- this is at 1753, so 5:53, if I can do my

11   math right. It says, You are all cleared to enter the complex at 17th Street and State

12   Place. Secret Service will show everyone where to park.

13        You talk about security. And you say, From there, they'll bring you into the West

14   Wing. I am with POTUS and the chief, but call me if you have any questions or issues.

15        So it seems like you were with the President and Mr. Meadows before this

16   meeting with Pennsylvania personnel. Is that right?

17    A    I don't recall if I was in the Oval Office at the time of sending this text

18   message or if I had stepped out to send it or ran back to my office, but I was in and out of

19   the Oval Office throughout that entire afternoon. So it was likely me checking in with

20   them to let them know that they're all cleared to go in and that, like, I was available to

21   have conversations with them if any issues happened at the gate.

22    Q    What was your understanding of the purpose of this meeting when they

23   came to the White House?

24    A    My understanding at the time was it was more of a -- Mr. Trump is a very

25   hospitable man and he's an entertainer and he likes people to feel appreciated. So my

1   understanding at the time was he wanted to welcome the people to the White House
2   that night, have a conversation with them so he could personally thank them for speaking
3   out against allegations of election fraud on the national stage that day.
4       Q    Were you in the meeting with the President when the people identified in
5   the list that you sent in the text showed up?
6       A    So it wasn't a formal meeting, but I was in physical proximity with the
7   individuals on and off throughout that night, and I was in the Oval when they went in for
8   photos with him.
9       Q    Okay.   So they took --
10      A    [Inaudible] from start to finish, no.   I had been going in and out.
11      Q    It sounds like they took photographs in the Oval Office.   Did they also
12  discuss what had happened that day in the hearings in Pennsylvania with the President in
13  the Oval Office?
14      A    Between the Oval Office and the Cabinet Room, yes.
15      Q    And were those discussions the ones you just described about the President
16  expressing his thanks for raising these issues?
17      A    Broadly speaking, yes.
18      Q    Do you remember the President making any requests of the group from
19  Pennsylvania?
20      A    Not specifically, no.
21      Q    Okay.   So we understand that the President may have asked the
22  Pennsylvania delegation to hold a special session to appoint Trump and Pence electors for
23  the purposes of the later electoral college vote, even though the certification had already
24  happened of the vote in Pennsylvania.
25      Do you remember that coming up at all in the meeting with the Pennsylvania

1 delegation on November 25th?

2 A     I remember that being discussed, but I don't remember interpreting that as a
3 specific request or action that he wanted them to take.   But I recall that coming up
4 generally.

5 Q     Can you tell us what you remember on that topic coming up?

6 A     I don't recall any verbatim phrasing of it.   I apologize if this is redundant.   I
7 recall that topic coming up in several of the individuals that traveled to see him that night
8 saying, We'll look into it, sir, anything to keep you around, you know, more of the
9 chummy conversation that they were engaging in at the time.   It was friendly
10 conversation, and I don't recall it being anything that was -- had nefarious intent or an
11 explicit request.

12 Q     Do you know if anybody from Pennsylvania who attended the meetings in
13 the White House or the greeting in the White House on November 25th told the
14 President that they couldn't hold a special session to appoint Trump or Pence electors?

15 A     No, I don't recall that, but it also wasn't really a conversation I was paying
16 super close attention to.

1

2      [3:14 p.m.]

3                    BY MR. ▮▮▮▮:

4      Q    Do you remember anything else about that meeting that the President said

5 to the group?

6      A    Nothing specifically at this time.

7      Q    So I understand that, I believe maybe just earlier or just after that, that two

8 representatives from Michigan, Senate Majority Leader Shirkey and House Speaker Lee

9 Chatfield also went to the White House and met with the President in the Oval Office.

10 Do you know anything about that meeting?

11     A    Could you repeat their names, please?

12     Q    Sure.  Senate Majority Leader Shirkey and House Speaker Lee Chatfield

13 from Michigan.

14     A    I recall the Michigan meeting, but I don't recall those certain individuals.

15     Q    Okay.  What do you remember about the Michigan meeting?  And, to be

16 clear, there were other people who attended the White House meeting along with

17 Senator Shirkey and Speaker Chatfield.

18     A    I honestly don't recall that many specifics about that meeting.

19     Q    Do you remember why the President wanted to meet with them in the

20 White House, where he specifically invited them?

21     A    Broadly speaking, to discuss the results of the election, to discuss potential

22 instances of voter fraud and how the State was going to approach that when addressing it

23 on the national level, and it was elevated to Congress later the next month and the

24 following month after that.

25     Q    And when you say "elevated to Congress," are you referring to the joint