# EXHIBIT C

EXCERPT OF MARCH 28, 2022, DEPOSITION OF JOHN MCENTEE

1    Bill Olson" -- who sent it to you.   Who is Bill Olson?

2    A    I don't know.

3    Q    Okay.

4    Then, "Bob Marshall (former member of Virginia House of delegates, 26 years)."

5    Other than the description there in the parenthetical, do you know who Bob Marshall is?

6    A    No, I don't.

7    Q    Okay.   And "Kurt Olsen."   Who is Kurt Olsen?

8    A    Don't know.

9    Q    Okay.

10    Do you have any familiarity with a January 4, 2021, meeting between President

11    Trump, Vice President Pence, John Eastman, Marc Short, and Greg Jacob?

12    A    I don't, but this could've been the meeting that I was referring to earlier

13    when we went up after and he said, "Michael, do the right thing."

14    Q    Okay.

15    A    I think John Eastman was there and that meeting was concluding, but I can't

16    say definitively.   I think it was that same meeting.

17    Q    Okay.

18    We went over that one-page set of bullet points that you wrote up regarding

19    Thomas Jefferson's role in the electoral count.   Did you do any other memos for the

20    President regarding the joint session of Congress?

21    A    Yeah.   There was one other -- somebody brought up a point in one of these

22    meetings -- I don't remember who it was -- about splitting some sort of count, and they

23    said, "Can you go look into that?"

24    So, again, me and Dan Huff went back to my office and just researched that.   And

25    we gave them what we found on that, which was kind of, like -- I don't know.   It had

1  never been done, but we just kind of broke down what this person was referring to.

2       Q    Okay.   And we'll go to exhibit 32, which might help refresh your

3  recollection here.

4            Okay.   This is a handwritten note.   "This is probably our only realistic option

5  because it would give Pence an out."   Signed, "Johnny."

6            Is that from you?

7       A    Yeah.

1

2    [3:16 p.m.]

3                    BY ▮▮▮▮▮▮▮▮:

4    Q    And was that written to the President?

5    A    I think this was to Meadows, but Meadows-slash-the President.   He would
6    read it and give it to him, or I gave it to him directly, I'm not sure.   They were both in the
7    meeting when this thing was being talked about.

8    Q    Okay.   So could you explain how it came about that you did this memo?

9    A    Yeah.   Somebody brought up splitting some sort of vote.   And like the
10   other thing they said, can you look into that, like exactly what they meant by that?   I
11   don't know if it was one of these guys who called, because I don't know why they couldn't
12   get the information from that person.   So I went back, worked on this document, and
13   then brought it back to them.

14   Q    Okay.   So were you in the meeting where it came up, or did somebody call
15   you and ask you to do this?

16   A    No, they had spoken previously to one of these lawyers -- I don't know if it
17   was one of the Olsen twins or who -- about something about splitting the vote, and they
18   were trying to understand it.   So he said, can you look into what they mean by that?
19   So based on the very little information I had, this is what we came up with.

20   Q    Do you -- you don't remember who it was who asked you to do this?

21   A    It was probably the President.

22   Q    But, again, do you remember were you in a meeting when you were asked to
23   do this or somebody reach out to you?

24   A    No, it's -- so I spend the day in the outer Oval usually after the morning stuff.
25   So I'm just kind of there, you know.   So they're meeting about something.   Then he just

1    calls me in, says, can you look into this?   So then I go over to my office, type it up, bring

2    it back, you know.

3    Q    Okay.   So to the best of your recollection, as you were in the outer Oval not

4    participating in the meeting, but you were called in, given this assignment, you looked

5    into it, and wrote this up?

6    A    Yeah.

7    Q    And then did a handwritten cover note.   And do you recall who you gave

8    that note to?

9    A    I don't.

10    Q    Okay.   But was the meeting still going on?

11    A    No, this was later in the -- later in the day.

12    Q    Okay.   So to the best of your recollection, what was the question you were

13    asked to look into?

14    A    How could he possibly split the vote or something like that.

15    Q    And did anybody help you research this question?

16    A    Just the guy in my office.

17    Q    Who was that?

18    A    Dan Huff.

19    Q    Okay.   And, roughly, how long did it take you to do this assignment?

20    A    Maybe a few hours that day.

21    Q    And how did he go about doing it?

22    A    I think Dan was familiar with this argument for some reason because he had

23    talked to one of these lawyers.   But he mostly ran point on it, and I just kind of saw if it

24    made sense or not.   When it was finished I brought it back over and just said this is the,

25    you know, this is the only option.

1   Q   So did Mr. Huff write this up?

2   A   I mean, me and him working together, but it was his research, yeah.

3   Q   And do you know what sources he relied on for his research?

4   A   I don't. I don't know if he put a source on it or not.

5   ▓▓▓▓▓   Do you have a question? Go ahead.

6       BY ▓▓▓▓▓

7   Q   Sure.

8       So I just want to talk through the sort of text, you know, the handwritten note on

9   top of this memo.

10      So you wrote, "This is probably our only realistic option." Only realistic option to

11  do what?

12  A   Whatever they were trying to do at that time.

13  Q   So it refers to the only realistic option to split electoral votes?

14  A   I think, yeah, I think the goal at that time, from what I heard, was to send it

15  back to the States. So I think it's referring to that.

16  Q   So was the question to how was it possible to split electoral votes, or was

17  the question how to send the electoral vote back to the States?

18  A   I don't -- I don't remember.

19  Q   So, I mean, at least in my mind, those are kind of two different concepts,

20  right? You know, one is, like, how many electoral votes you select or not, and the other

21  is, you know, adjourning the joint session and letting State legislatures have some time to

22  look into this issue.

23      Do you have any understanding of what those concepts were he was talking about

24  then?

25  A   No, I don't.

1    Q    Okay. So later, sort of at the end of this note, you wrote, "This is probably
2    our only realistic option because it would give Pence an out." What did you mean by
3    "give Pence an out"?
4    A    Well, I thought it was, like, pretty obvious he wasn't going to just reject
5    whatever, you know, reject the electors or whatever was being asked of him at that time.
6    So when we looked into this, it was like, oh, this sort of puts it back to the States to
7    decide. I mean, I'd have to relook at the document, but that's what I mean by giving him
8    an out.
9    Q    Yeah, why did you think it was obvious that he wasn't going to do that?
10   A    Just the demeanor of him and his chief of staff. I could just tell they were
11   not going to do it.
12   Q    Like his demeanor in the meeting?
13   A    Yeah. Yeah. I could tell he was just, you know, he was being cordial, but
14   it didn't seem like he was going to do anything out of the ordinary in this process.
15   Q    Can you describe what his demeanor was like that gave you that impression
16   that he wasn't going to do it?
17   A    No, it's just body language, you know, and just pretty timid.
18   Q    Did he ever say to the President, you know, "I don't think I'm going to do
19   that"?
20   A    Not that I ever saw, no.
21   Q    Okay. So it was just your sort of read of body language that he wasn't
22   going to do that?
23   A    Yeah.
24   Q    And so what was it about those options that you felt like Mike Pence could
25   accept?

1    A    I would have to read it again, but basically this I don't think made him
2    reject -- yeah, okay.    "So the VP doesn't" -- yeah, I don't know, it was just an interesting
3    idea that somebody proposed, that he would accept half of the disputed States, and then
4    I don't know if this would, like, give them the necessary time they needed.    I don't really
5    remember.
6    Q    Okay.    Other than the meetings that you were just telling me about, do you
7    recall any conversations, either with the President or with Mark Meadows or anyone else
8    in the White House, about what you thought Mike Pence was likely to do or not likely to
9    do?
10    A    No, I didn't.
11    Q    That's all I have.
12         BY ███████:
13    Q    So in preparing this memo that's up on the screen there, or set of bullet
14    points, whatever you want to call it, did you consult with the White House Counsel's
15    Office?
16    A    No.    But I probably gave them this document.
17    Q    Did they review it before it went to the President?
18    A    No.
19    Q    Why didn't you consult with them?
20    A    That -- I mean, that's just usually a waste of time.
21    Q    Why?
22    A    Well, it's for them to discuss.    You know, they were in the meeting.    Or,
23    you know, they say look into this, so I give it to everyone that was in that meeting, here
24    you go.    You know, it's not for me to decide.    Otherwise they'd say, where is that thing
25    I asked you about?    And I was like, White House counsel's reviewing it.    Like, well, that

1    was a week ago, you know.

2           They knew -- I don't know about this particular one, but the Thomas Jefferson

3    one, they definitely knew because they were in that meeting.

4       Q    Okay.  So with regard to the Thomas Jefferson one, your recollection is that

5    Mr. Cipollone was in the meeting?

6       A    Yeah, when it was asked if there was any precedent, yeah.

7       Q    And this one, the Pence can let the States decide, do you recall whether Mr.

8    Cipollone was in that meeting?

9       A    I don't.  It's likely, but I can't say definitively.

10      Q    Do you know whether Greg Jacob was in that meeting?

11      A    I don't know who that is.

12      Q    He was counsel to the Vice President?

13      A    Oh.  No, I doubt it.

14      Q    Do you know if Marc Short was in that meeting?

15      A    I don't believe so.

16      Q    Was the Vice President in that meeting?

17      A    No.

18      Q    Okay.  Do you remember anybody who was in that meeting?

19      A    Meadows and President Trump.

20      Q    Okay.  And do you remember if there were any outside lawyers there?

21      A    I don't think there were, no.

22      Q    So you think it was just the President and the chief of staff?

23      A    Yeah, because, I mean, if Short was in the meeting, I would have given him

24    this memo, but I don't remember giving him this memo.  You know, whoever was in the

25    meeting, I'm basically doing the research and giving it back to them.  So I think it was

1    just Meadows and Trump.

2        Q    And you think you gave this to the White House Counsel's Office after the
3    fact?

4        A    I believe I did, yeah, but I can't say definitively.   Definitely -- they definitely
5    saw the Thomas Jefferson one.

6        Q    Okay.   For this one, do you recall whether they responded in any way?

7        A    No, I don't.

8        Q    Okay.   What about on the Thomas Jefferson one?

9        A    I don't think this one went anywhere.   I think the Thomas Jefferson one
10   was discussed, but I don't think they even discussed this.

11       Q    Okay.   The Thomas Jefferson one, do you know what the reaction was from
12   the White House counsel?

13       A    Yeah, I remember Philbin just bringing up something about the FEC rule now
14   that kind of changed the way, that made the, like, Pence's role more like perfunctory or
15   something.

16       Q    Okay.   But was it the Electoral Count Act?

17       A    I think it could have been, yeah.

18       Q    Okay.   And had you looked at the Electoral Count Act in the course of your
19   research on the Thomas Jefferson memo?

20       A    Yeah, I think we even made a footnote of it.

21       Q    Let's look at exhibit 33.   And it's a memorandum for the President, subject,
22   "Operation 'Pence' Card --   December 23rd."   But the memo itself is dated
23   December 22nd, 2020.

24            Do you know who wrote this?

25       A    No.