# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| THE STATE OF GEORGIA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARK RANDALL MEADOWS, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 1:23-cv-03621-SCJ |

## NOTICE OF FILING ORIGINAL DEPOSITION TRANSCRIPT

In accordance with the Instructions for Cases Assigned to the Honorable Steve C. Jones, counsel for Plaintiff the State of Georgia hereby notifies Defendant Mark Randall Meadows and files the deposition transcript of John McEntee taken on March 28, 2022.

Respectfully submitted this the 23rd day of August 2023.

FANI T. WILLIS
District Attorney
Atlanta Judicial Circuit

/s/ John W. "Will" Wooten
JOHN W. "WILL" WOOTEN
GA Bar Number 410684
Deputy District Attorney
Fulton County District Attorney's Office
136 Pryor Street SW

3rd Floor  
Atlanta, GA 30303  
(404) 612-6560  
will.wooten@fultoncountyga.gov

## **CERTIFICATE OF COMPLIANCE**

I certify that the document to which this certificate is attached has been prepared with one of the font and point selections approved by the Court in LR 5.1B for documents prepared by computer.

This the 23rd day of August 2023.

/s/ John W. "Will" Wooten
JOHN W. "WILL" WOOTEN
Deputy District Attorney

## **CERTIFICATE OF SERVICE**

I served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

This the 23rd day of August 2023.

/s/ John W. "Will" Wooten
JOHN W. "WILL" WOOTEN
Deputy District Attorney
