IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THE STATE OF GEORGIA<br><br>v.<br><br>MARK RANDALL MEADOWS,<br><br>Defendant. | CIVIL ACTION FILE<br><br>No. 1:23-CV-03621-SCJ<br><br>RE: NOTICE OF REMOVAL OF FULTON COUNTY SUPERIOR COURT INDICTMENT NO. 23SC188947 |

### ORDER

This matter appears before the Court on the Motion for Leave to File Brief for Former Judges, Prosecutors, and State and Federal Executive Officials as *Amici Curiae* in Support of Remand. Doc. No. [35]. If any party opposes the Court granting leave, said Party shall file an opposition brief by **3:00 P.M. on FRIDAY, AUGUST 25, 2023.**

**IT IS SO ORDERED** this __24th__ day of August, 2023.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE