# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| **THE STATE OF GEORGIA,** | ) | **1:23-CV-03621-SCJ** |
| **Plaintiff** | ) | |
| **v.** | ) | **Appearing on behalf of:** |
| | ) | **FMR. JUDGES, PROSECUTORS, & EXECUTIVE OFFICIALS** |
| **MARK RANDALL MEADOWS,** | ) | |
| **Defendant** | ) | **Amici Curiae** |

## APPLICATION FOR ADMISSION PRO HAC VICE

**Applicant, Fred Wertheimer,** hereby requests permission to appear *pro hac vice* in the subject case filed in the Atlanta Division of the United States District Court for the Northern District of Georgia. **Applicant** states under penalty of perjury that he is not a member of the State Bar of Georgia but is a member in good standing of the United States court and/or the highest court of a state as listed below in this application. **Applicant** further states under penalty of perjury that he has identified all courts to which he has been admitted to practice and the dates of admission and that he is in good standing and eligible to practice in all courts to which he has been admitted. **Applicant** also states under penalty of perjury that he has provided all information required by LR 83.1(B)(2) on the subsequent pages of this application and that it is true and correct. **Applicant** designates **John Thomas Morgan III** as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel section.

This 24th day of August, 2023.

                                                                \_\_\_\_/s/ Fred Wertheimer\_\_\_

                                                                  Signature of Fred Wertheimer

**1:23-CV-03621-SCJ**

## ALL COURTS TO WHICH APPLICANT HAS BEEN ADMITTED TO PRACTICE AND DATES OF ADMISSION

Appeared pro hac vice in Superior Court, Fulton County, Georgia (Brief filed May 19, 2023); Admitted to D.C. Bar (June 13, 1971); Appeared application for admission forthcoming in United States District Court for the District of Columbia (Brief filed August 14, 2023); United States District Court for the District of Columbia (Application accepted on August 21, 2023, Swearing in Pending); Member of Supreme Court bar (July 21, 1975)

## NDGA CASES IN WHICH APPLICANT HAS APPEARED

**Attorney has not previously appeared in any cases in the Northern District of Georgia.**

## APPLICANT INFORMATION

| | |
|---|---|
| **Name of Applicant:** | Fred Wertheimer |
| **Residence Address:** | 3502 Macomb Street NW<br>Washington, DC 20016 |
| **Business Address:** | Democracy 21 Education Fund<br>2000 Massachusetts Ave. NW<br>Washington, DC 20036 |
| **Business Phone:** | (202) 355-9600 |
| **Email Address:** | fwertheimer@democracy21.org |

**1:23-CV-03621-SCJ**

## CONSENT OF DESIGNATED LOCAL COUNSEL

I, **John Thomas Morgan III**, designated local counsel for the subject case, maintain an office in the Northern District of Georgia. I have verified the bar admission status of **Applicant**. I agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and to accept papers when served. I recognize my responsibility and full authority to act on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences, and trials, should the **Applicant** fail to respond to any Court order for appearance or otherwise. I further recognize that I must authorize and sign all pleadings and other papers filed in the case by the **Applicant** and that I also am subject to the requirements of Fed. R. Civ. P. 11.

This 24th day of August, 2023.

522675                                             /s/ John Thomas Morgan III
GA Bar Number                        Signature of John Thomas Morgan III

                                                  John Thomas Morgan III
(404) 687-6418                       J. Tom Morgan, Attorney, LLC
Business Telephone               160 Clairemont Ave, Suite 645
                                                  Decatur, GA 30030

Email Address                        JTom@jtommorganlaw.com

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| **THE STATE OF GEORGIA,** | ) | |
| **Plaintiff** | ) | **1:23-CV-03621-SCJ** |
| **v.** | ) | |
| **MARK RANDALL MEADOWS,** | ) | |
| **Defendant** | ) | |

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.1(B) for admission *pro hac vice* have been satisfied, **the application of Fred Wertheimer** to appear *pro hac vice* in the United States District Court for the Northern District of Georgia in the subject case is **GRANTED**.

This _____ day of _____, 20___.


_____
UNITED STATES DISTRICT JUDGE