AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | | |
|---|---|---|
| THE STATE OF GEORGIA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:23-CV-03621-SCJ |
| MARK R. MEADOWS | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

THE STATE OF GEORGIA                                                                           .

Date:     08/25/2023

/S/ Daysha D. Young
*Attorney's signature*

Daysha D. Young 406798
*Printed name and bar number*
Office of the DIstrict Attorney's Office
136 Pryor Street., 3rd Floor
Atlanta, GA 30303

*Address*

daysha.young@fultoncountyga.gov
*E-mail address*

(404) 612-8759
*Telephone number*

*FAX number*