AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| THE STATE OF GEORGIA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-03621-SCJ |
| MARK R. MEADOWS | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

THE STATE OF GEORGIA.

Date: 08/25/2023

/s/ Anna Green Cross
*Attorney's signature*

Anna Green Cross GA Bar No. 306674
*Printed name and bar number*

Office of the Fulton County District Attorney
136 Pryor Street SW 3rd Floor
Atlanta, GA 30303
*Address*

anna@crosskincaid.com
*E-mail address*

(404) 948-3022
*Telephone number*

*FAX number*