IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THE STATE OF GEORIGA, <br><br> Plaintiff, <br><br> v. <br><br> MARK RANDALL MEADOWS, <br><br> Defendant. | CIVIL ACTION FILE <br><br> NO. 1:23-CV-3621-SCJ |

### ORDER

Pursuant to Local Rule 83.4 for the Northern District of Georgia and by direction of this Court, it is hereby **ORDERED** that each of the following counsels of record in the above-entitled action will be permitted to bring one (1) laptop computer to Courtroom 1907 on the 19th floor of the United States Courthouse for the purpose of presentation of evidence or perpetuation of the record during a hearing scheduled before the Honorable Steve C. Jones on **August 28, 2023** at 10:00 AM:

1. John W. Wooten;
2. Francis McDonald Wakeford, IV;
3. George J. Terwilliger, III;
4. John S. Moran;
5. Joseph Englert;
6. Michael Francisco;
7. Anna Cross;
8. Daysha Young;
9. Adam Ney; and

10. Emily Erb Kelly.

The individual(s) seeking to enter with the equipment will be required to produce proper identification upon entering the security station located at either entrance to the Richard B. Russell Federal Building. The prohibition pursuant to Administrative Order No. 23-03 on cellular phones and other electronic devices with camera or other recording technology remains in full force and effect.

**IT IS SO ORDERED**, this 25th day of August, 2023.

_____
STEVE C. JONES
UNITED STATES DISTRICT JUDGE