UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| **THE STATE OF GEORGIA,** | ) | 1:23-CV-03621-SCJ |
| Plaintiff | ) | |
| v. | ) | Appearing on behalf of: |
| **MARK RANDALL MEADOWS,** | ) | **FMR. JUDGES, PROSECUTORS, & EXECUTIVE OFFICIALS** |
| Defendant | ) | Amici curiae |

### APPLICATION FOR ADMISSION PRO HAC VICE

**Applicant, Seth Paul Waxman,** hereby requests permission to appear *pro hac vice* in the subject case filed in the Atlanta Division of the United States District Court for the Northern District of Georgia. **Applicant** states under penalty of perjury that he is not a member of the State Bar of Georgia but is a member in good standing of the United States court and/or the highest court of a state as listed below in this application. **Applicant** further states under penalty of perjury that he has identified all courts to which he has been admitted to practice and the dates of admission and that he is in good standing and eligible to practice in all courts to which he has been admitted. **Applicant** also states under penalty of perjury that he has provided all information required by LR 83.1(B)(2) on the subsequent pages of this application and that it is true and correct. **Applicant** designates **John Thomas Morgan III** as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel section.

This 25th day of August, 2023.

                                                                  /s/ Seth Paul Waxman
                                                            Signature of Seth Paul Waxman

**1:23-CV-03621-SCJ**

## ALL COURTS TO WHICH APPLICANT HAS BEEN ADMITTED TO PRACTICE AND DATES OF ADMISSION

Supreme Court of the United States (admitted October 12, 1982) ; U.S. Court of Appeals for the First Circuit (admitted February 11, 2000) ; U.S. Court of Appeals for the Second Circuit (admitted November 3, 1998) ; U.S. Court of Appeals for the Third Circuit (admitted May 26, 1983) ; U.S. Court of Appeals for the Fourth Circuit (admitted February 2, 1982) ; U.S. Court of Appeals for the Fifth Circuit (admitted September 3, 1997) ; U.S. Court of Appeals for the Sixth Circuit (admitted October 21, 1998) ; U.S. Court of Appeals for the Seventh Circuit (admitted October 23, 1998) ; U.S. Court of Appeals for the Eighth Circuit (admitted October 27, 1998) ; U.S. Court of Appeals for the Ninth Circuit (admitted May 9, 1989) ; U.S. Court of Appeals for the Tenth Circuit (admitted October 23, 1989) ; U.S. Court of Appeals for the Eleventh Circuit (admitted October 23, 1989) ; U.S. Court of Appeals for the District of Columbia Circuit (admitted March 26, 1979) ; U.S. Court of Appeals for the Federal Circuit (admitted October 28, 1998) ; U.S. Court of International Trade (admitted August 25, 2005) ; U.S. District Court for the District of Columbia (admitted March 5, 1979) ; U.S. District Court for the District of Colorado (admitted August 26, 2021) ; U.S. District Court for the District of Maryland (admitted March 15, 2021) ; U.S. District Court for the Eastern District of Michigan (admitted May 5, 1987) ; U.S. District Court for the Western District of Michigan (admitted October 1, 2012) ; U.S. District Court for the Eastern District of Wisconsin (admitted December 8, 2020) ; District of Columbia Court of Appeals (admitted December 15, 1978)

## NDGA CASES IN WHICH APPLICANT HAS APPEARED

In re AstroTurf, Case No. 16-41504-PWB (U.S. Bankruptcy Court for N.D. Georgia, Rome Division)

## **APPLICANT INFORMATION**

| | |
|---|---|
| **Name of Applicant:** | Seth Paul Waxman |
| **Residence Address:** | 3417 Ordway Street, NW |
| | Washington, DC 20016 |
| **Business Address:** | Wilmer Cutler Pickering Hale and Dorr LLP |
| | 2100 Pennsylvania Avenue NW |
| | Washington, DC 20037 |
| **Business Phone:** | (202) 663-6000 |
| **Email Address:** | seth.waxman@wilmerhale.com |

**1:23-CV-03621-SCJ**

## CONSENT OF DESIGNATED LOCAL COUNSEL

I, **John Thomas Morgan III**, designated local counsel for the subject case, maintain an office in the Northern District of Georgia. I have verified the bar admission status of **Applicant**. I agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and to accept papers when served. I recognize my responsibility and full authority to act on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences, and trials, should the **Applicant** fail to respond to any Court order for appearance or otherwise. I further recognize that I must authorize and sign all pleadings and other papers filed in the case by the **Applicant** and that I also am subject to the requirements of Fed. R. Civ. P. 11.

This 25th day of August, 2023.

| | |
|---|---|
| <u>522675</u><br>GA Bar Number | <u>    /s/ John Thomas Morgan III    </u><br>Signature of John Thomas Morgan III |
| <u>(404) 687-6418</u><br>Business Telephone | John Thomas Morgan III<br>J.Tom Morgan, Attorney, LLC<br>160 Clairemont Avenue, Suite 645<br>Decatur, GA 30030 |
| Email Address | jtom@jtommorganlaw.com |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| THE STATE OF GEORGIA, | ) | |
| Plaintiff | ) | 1:23-CV-03621-SCJ |
| v. | ) | |
| MARK RANDALL MEADOWS, | ) | |
| Defendant | ) | |

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.1(B) for admission *pro hac vice* have been satisfied, **the application of Seth Paul Waxman** to appear *pro hac vice* in the United States District Court for the Northern District of Georgia in the subject case is **GRANTED**.

This _____ day of _____, 20___.


_____
UNITED STATES DISTRICT JUDGE