UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| THE STATE OF GEORGIA, | ) | 1:23-CV-03621-SCJ |
| Plaintiff | ) | |
| v. | ) | Appearing on behalf of: |
| MARK RANDALL MEADOWS, | ) | FMR. JUDGES, PROSECUTORS, & EXECUTIVE OFFICIALS |
| Defendant | ) | Amici curiae |

## APPLICATION FOR ADMISSION PRO HAC VICE

**Applicant, Daniel Stephen Volchok,** hereby requests permission to appear *pro hac vice* in the subject case filed in the Atlanta Division of the United States District Court for the Northern District of Georgia. **Applicant** states under penalty of perjury that he is not a member of the State Bar of Georgia but is a member in good standing of the United States court and/or the highest court of a state as listed below in this application. **Applicant** further states under penalty of perjury that he has identified all courts to which he has been admitted to practice and the dates of admission and that he is in good standing and eligible to practice in all courts to which he has been admitted. **Applicant** also states under penalty of perjury that he has provided all information required by LR 83.1(B)(2) on the subsequent pages of this application and that it is true and correct. **Applicant** designates **John Thomas Morgan III** as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel section.

This 25th day of August, 2023.

                                                                         ___ /s/ Daniel Stephen Volchok___
                                                                           Signature of Daniel Stephen Volchok

**1:23-CV-03621-SCJ**

## ALL COURTS TO WHICH APPLICANT HAS BEEN ADMITTED TO PRACTICE AND DATES OF ADMISSION

Supreme Court of the United States (admitted April 25, 2007) ; U.S. Court of Appeals for the First Circuit (admitted July 12, 2013) ; U.S. Court of Appeals for the Second Circuit (admitted October 17, 2007) ; U.S. Court of Appeals for the Third Circuit (admitted June 4, 2019) ; U.S. Court of Appeals for the Fourth Circuit (admitted December 5, 2013) ; U.S. Court of Appeals for the Fifth Circuit (admitted June 1, 2017) ; U.S. Court of Appeals for the Sixth Circuit (admitted April 29, 2011) ; U.S. Court of Appeals for the Seventh Circuit (admitted September 2, 2016) ; U.S. Court of Appeals for the Eighth Circuit (admitted July 27, 2022) ; U.S. Court of Appeals for the Ninth Circuit (admitted September 10, 2011) ; U.S. Court of Appeals for the Tenth Circuit (admitted June 9, 2006) ; U.S. Court of Appeals for the Eleventh Circuit (admitted November 9, 2017) ; U.S. Court of Appeals for the District of Columbia Circuit (admitted May 20, 2004) ; U.S. Court of Appeals for the Federal Circuit (admitted May 23, 2007) ; U.S. Court of Appeals for Veterans Claims (admitted December 11, 2007) ; U.S. Court of Appeals for the Armed Forces (admitted June 17, 2008) ; U.S. District Court for the District of Columbia (admitted December 6, 2010) ; District of Columbia Court of Appeals (admitted April 3, 2006) ; Supreme Court of Maryland (admitted December 17, 2003)

## NDGA CASES IN WHICH APPLICANT HAS APPEARED

**Attorney has not previously appeared in any cases in the Northern District of Georgia.**

## APPLICANT INFORMATION

**Name of Applicant:**   Daniel Stephen Volchok
**Residence Address:**   9011 Seneca Lane

|                       |                                                   |
|-----------------------|---------------------------------------------------|
|                       | Bethesda, MD 20817-3558                           |
| **Business Address:** | Wilmer Cutler Pickering Hale and Dorr LLP         |
|                       | 2100 Pennsylvania Avenue NW                       |
|                       | Washington, DC 20037                              |
| **Business Phone:**   | (202) 663-6000                                    |
| **Email Address:**    | daniel.volchok@wilmerhale.com                     |

**1:23-CV-03621-SCJ**

## CONSENT OF DESIGNATED LOCAL COUNSEL

I, **John Thomas Morgan III**, designated local counsel for the subject case, maintain an office in the Northern District of Georgia. I have verified the bar admission status of **Applicant**. I agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and to accept papers when served. I recognize my responsibility and full authority to act on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences, and trials, should the **Applicant** fail to respond to any Court order for appearance or otherwise. I further recognize that I must authorize and sign all pleadings and other papers filed in the case by the **Applicant** and that I also am subject to the requirements of Fed. R. Civ. P. 11.

This 25th day of August, 2023.

| | |
|---|---|
| <u>522675</u> | <u>     /s/ John Thomas Morgan III    </u> |
| GA Bar Number | Signature of John Thomas Morgan III |
| | |
| | John Thomas Morgan III |
| <u>(404) 687-6418</u> | J.Tom Morgan, Attorney, LLC |
| Business Telephone | 160 Clairemont Avenue, Suite 645 |
| | Decatur, GA 30030 |
| | |
| Email Address | jtom@jtommorganlaw.com |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| THE STATE OF GEORGIA, | ) | |
|     Plaintiff | ) | 1:23-CV-03621-SCJ |
| v. | ) | |
| MARK RANDALL MEADOWS, | ) | |
|     Defendant | ) | |

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.1(B) for admission *pro hac vice* have been satisfied, **the application of Daniel Stephen Volchok** to appear *pro hac vice* in the United States District Court for the Northern District of Georgia in the subject case is **GRANTED**.

This _____ day of _____, 20\_\_\_.


_____
UNITED STATES DISTRICT JUDGE