Case 1:23-cv-03621-SCJ   Document 57   Filed 08/24/23   Page 1 of 15

FILED IN OPEN COURT
U.S.D.C. - Atlanta
AUG 24 2023
KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

The State of Georgia v. Meadows (1:23-cv-03621) District Court, N.D. Georgia Judge Steven Michael Jones - Movant David Andrew Christenson on behalf of himself, the American People, and Humanity. August 23rd, 2023.

## Motion to Intervene

Do not allow this case to be transferred to Federal Court because if you do, you are giving Humanity a death sentence.

Call Chief Justice William Pryor Jr. and ask him if you should give me a voice and if you should return the case to Georgia. I beg you to give Humanity two minutes to make a simple phone call.

**This case is about Censorship which has become the most powerful weapon in the history of Humanity.** (Think I am kidding? The tampering took place before, during and after the election. We are not looking at it right. We set a record for mail in and absentee ballots with no additional security. Attorney General Barr acknowledged the tampering. Look at the Second District in Nebraska and across the river in Iowa. There was a very strong possibility that the election was going to be a tie. If that happened, Trump would win in the house. They needed on Electoral Vote to stop Trump. What happened in the Second District is statistically impossible without an anomaly. Trump won the state by 17% and lost the Second District by 17% and yet they elected a Republican Representative. Trump won across the river in Iowa which was even more blue collar. They unanimously elected Republicans.

This case is about playing a game of Apocalyptic Chicken. What criminals will blink first? Will it be Trump and his band of clowns or the Federal Government and their band of clowns. This case goes back to Citizen Trump, Candidate Trump, President Elect Trump, Post Election Trump and finally Citizen Trump. The Federal Government had Citizen Trump, Candidate Trump and then President Elect Trump under surveillance. The crime was having President Elect Trump under surveillance. Our government found out illegally, that Trump tampered with the 2016 election. Fruit from a poisoned tree. The unmasking of General Mike Flynn would have exposed everything, but they played Chicken and Trump and Flynn won. Judge Sullivan stated in Federal Court that Flynn committed Treason. I can provide documentation.

Mathematically Humanity will cease to exist in the next few years.
Mathematically Humanity is in a Contagious Endemic Murder Suicide Pandemic.
Murder Suicide has become a life choice.
This is an exponential problem. Humans that have not yet procreated are committing suicide and some are as young as five-years old. Humanity loses eight humans in the population stream when someone that has not yet procreated commits suicide. We cannot replace our population.
Life expectancies are decreasing at an accelerated rate.
Birth rates are negative.
Humanity has lost the ability and desire to procreate.

We would not have entered the Pandemic if the Supreme Court had ordered a response, just a response, to my Writ of Mandamus and Prohibition 14-10077. I have four Writs in the Supreme Court public docket. (Ask Jeffery Bossert Clark why he entered an appearance on behalf of BP Oil in a case (Writ)

where they were not involved.  It was because of the Karina Virus and its connection to the BP Oil Spill and the Deepwater Horizon rig.)

The Constitution, Preamble, First Amendment, and the last sentence of the First Amendment – the right to file a grievance - gives me a Constitutional Right to be heard.

The most important word in the Constitution is "Posterity."

Who is speaking for our "Posterity"? The Federal Government is not. As a matter of fact, the Federal Government is responsible for the Genocide of our "Posterity".

The universe will record that Humanity ceased to exist because of suicide.


Godspeed.
Sincerely,
David Andrew Christenson
P.O. Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

Sensitive Compartmentalized Information (SCI) - #55 August 20th, 2023 (Published on Amazon.com)

## WHY DO YOU HATE HUMANITY? WHY ARE ALL OF YOU SUCH RACISTS?

Title: *"General Colin Powell was one of the biggest racists of the last 50 years and he should have been hung for it"*, just the way all of you should be hung for the Genocide of the American People and Humanity. He called his frauds at the United Nations General Assembly a "blot" on his record. General Powell, the Aryan Brotherhood of Bush, Cheney, C. Rice, and Rumsfeld, and the United States of America, along with the Supreme Court, committed multiple genocidal frauds against Humanity. They all knew that Iraq did not have Weapons of Mass Destruction, that Al Qaida was not operating in Iraq and that Iraq was not responsible for 911.

Without Censorship by the Supreme Court and the Federal Judiciary, they never would have succeeded with the Genocide and Crimes Against Humanity. (Powell's reward for the frauds was to become a member of the Aryan Brotherhood and rich. A disproportionate number of young black men and women died, were maimed, committed suicide, developed mental illness, became drug addicts, homeless, etc. because of the fraudulent Iraq war.)

I am sure all of you will consider your participation in the Genocide of Humanity as a "blot" on your record. (You all are officially a part of the Aryan Brotherhood. Minorities are paying a disproportion price. One of the things I learned while living in New Orleans was that the biggest enemy to black people was other black people. Name the top five things Barack and Michell Obama did for black people. When I ask that question to black people, they give me a blank stare. What about Biden? Biden has been a Senator, Vice President, and President for over 50-years, and I hold him responsible for the systemic racism.)

Read the attached NY Times article. Powell gave multiple speeches and interviews promoting the frauds. **He knew the truth.** (The democratic rag knew that Powell was committing fraud but hey, war is very profitable for the media. The NY Times made a fortune.)

Your participation in Humanity's Genocide.
(Don't worry, you will be given a Hero's funeral just like Powell. God, are we a screwed-up country.)

This is all about math and it can be confirmed.

The only chance for humanity is if the Supreme Court and the Federal Judiciary give me a voice by ordering a response. Mathematically it is our Genocide by Suicide. Prosecuting Trump accelerates our Genocide by Suicide. Your actions are planting the contagious seeds of our Genocide by Suicide.

Censorship, by the Supreme Court and the Federal Judiciary, is responsible for the double digit increase in American (excess) Deaths. After three years we are still in an influenza, pneumonia and COVID19 epidemic/pandemic, which has also become continuously endemic.  The latest CDC report is for week 32, ending August 12th, 2023. Week 32 should have the lowest rate of the year. The rate was 6.1%. In the next ten weeks we could see this rate triple to 18.3% or higher. **We could see a million excess American deaths in the next nine months.**

This Censorship is responsible for the mental and physical degradation of our population.

This Censorship is also responsible for the degradation of our immune system, soul, and spirit, thus allowing us to become susceptible to medical and mental maladies such as Murder Suicide, Pneumonia, lack of desire and ability to procreate, etc.

This Censorship is allowing our government to install vascular ports on us so that we can easily obtain the weekly vaccine.

**This Censorship is a grotesque form of Election Tampering. Americans are not informed voters. Trump is playing tiddlywinks compared to your committing Genocide.**

| | |
|---|---|
| Attorney General Merrick Garland | Judge Lee H. Rosenthal |
| Chief Justice Sri Srinivasan | USAA CEO Wayne Peacock |
| Clerk Mark Langer | USAA Notice of Error/Request for Information |
| Chief Executive Betsy Paret | |
| Special Counsel Robert Hur | Jane Sullivan Roberts |
| Special Counsel Jack Smith | Chief Justice John G. Roberts |
| Special Counsel John Durham | Vice Admiral John N. Christenson |
| Special Counsel David Weiss | Judge Darrin P. Gayles |
| Judge John G. Koeltl | Judge Mary Kay Vyskocil |
| Chief Judge Laura Taylor Swain | Judge Aileen Mercedes Cannon |
| Chief Justice William Pryor Jr. | Clerk Angela E. Noble |
| Clerk David Smith | Judge Terry Alvin Doughty |
| Circuit Executive Ashlyn Beck | Judge Amy Berman Jackson |
| Judge Ellen Lipton Hollander | Judge Emmet G. Sullivan |
| Judge Ursula Ungaro | Judge Tanya Sue Chutkan |

| | |
|---|---|
| Clerk Angela Caesar | Christopher Michael Kise |
| Judge Kathleen Mary Williams | Todd Blanche |
| | David Harbach |
| Judge Robert N. Scola, Jr. | Jay I. Bratt |
| Judge Kevin Michael Moore | Julie A. Edelstein |
| *Bridge Investment Group | Karen E. Gilbert |
| *Robert Morse | J.P. Cooney |
| *Dean Allara | Molly Gulland Gaston |
| *Jonath Slager | John F. Lauro |
| *Adam O'Farrell | Thomas Windom |
| *General Counsel Matthew Grant | Chief Justice Priscilla Richmond |
| *General Counsel Allison Ramirez | Clerk Lyle W. Cayce |
| *Lindsey Daugherty | Chief Executive Lorie Robinson |
| Judge James E. Boasberg | |

Godspeed. - Sincerely, - David Andrew Christenson - P.O. Box 9063 - Miramar Beach, Florida 32550 - 504-715-3086 - davidandrewchristenson@gmail.com; - dchristenson6@hotmail.com;

8/20/23, 12:38 PM Powell Calls His U.N. Speech a Lasting Blot on His Record - The New York Times
https://www.nytimes.com/2005/09/09/politics/powell-calls-his-un-speech-a-lasting-blot-on-his-record.html?smid=em-share 1/1

https://www.nytimes.com/2005/09/09/politics/powell-calls-his-un-speech-a-lasting-blot-on-his-record.html

***Powell Calls His U.N. Speech a Lasting Blot on His Record***
**By Steven R. Weisman** - Sept. 9, 2005
**WASHINGTON, Sept. 8 - The former secretary of state, Colin L. Powell, says in a television interview to be broadcast Friday that his 2003 speech to the United Nations, in which he gave a detailed description of Iraqi weapons programs that turned out not to exist, was "painful" for him personally and would be a permanent "blot" on his record.**
**"I'm the one who presented it on behalf of the United States to the world," Mr. Powell told Barbara Walters of ABCNews, adding that the presentation "will always be a part of my record."**
**Asked by Ms. Walters how painful this was for him, Mr. Powell replied: "It was painful. It's painful now." Asked further how he felt upon learning that he had been misled about the accuracy of intelligence on which he relied, Mr. Powell said, "Terrible." He added that it was "devastating" to learn later that some**

intelligence agents knew the information he had was unreliable but did not speak up.

Mr. Powell also implied in the interview that the United States did not go to war in Iraq with sufficient troops to secure the country and failed to keep sufficient Iraqi forces to help stabilize the country.

"What we didn't do in the immediate aftermath of the war was to impose our will on the whole country with enough troops of our own, with enough troops from coalition forces or by re-creating the Iraqi forces, armed forces, more quickly than we are doing now," he said.

But with Iraq still violent and plagued by sectarian conflict, the United States has "little choice but to keep investing in the Iraqi armed forces and to do everything we can to increase their size and their capability and their strength."

Since leaving office in January, Mr. Powell has declined interview requests. But his expressions of regret about the weapons intelligence and the lack of troops were consistent with many of his statements in office, especially after it became clear that Iraq had none of the weapons that Mr. Powell had said it was stockpiling.

He acknowledged several times that intelligence failures lay behind his presentation on the eve of the Iraq war two years ago, but he has never expressed any regret about the war itself. Asked by Ms. Walters, "When the president made the decision to go to war, you were for it?" Mr. Powell said, "Yes."

Asked about editorials asserting that he had put loyalty "ahead of leadership," Mr. Powell parried the question. "Well, loyalty is a trait that I value, and yes, I am loyal," he replied. "And there are some who say, 'Well, you shouldn't have supported it, you should have resigned.' But I'm glad that Saddam Hussein is gone."

Mr. Powell said he did not blame George J. Tenet, then the director of central intelligence, for the failures and did not believe that Mr. Tenet tried to mislead him.

"No, George Tenet did not sit there for five days with me, misleading me," he said, referring to the week he spent at the Central Intelligence Agency reviewing the evidence on Iraq before making his presentation to the United Nations.

"There were some people in the intelligence community who knew at that time that some of these sources were not good, and shouldn't be relied upon, and they didn't speak up. That devastated me."

**THERE IS NO ANTIDOTE AND THERE WILL NEVER BE, UNLESS WE CHANGE THE NARRATIVE.**
**(Published on Amazon – August 23rd, 2023)**
**THERE IS NO ANTIDOTE FOR THE KATRINA VIRUS AND THERE WILL NEVER BE, UNLESS WE CHANGE THE NARRATIVE.**

WE CANNOT START TO MAKE AN ANTIDOTE UNTIL WE HAVE UNFETTERED KNOWLEDGE.

EACH OF YOU HAS AN INFINITESIMAL PIECE TO THE COLOSSAL JIGSAW PUZZLE WE CALL HUMANITY.

WE ARE VACCINATING HUMANITY WITH AN ACCELERANT.

MATHEMATICALLY HUMANITY WILL CEASE TO EXIST IN THE NEXT FEW YEARS.

Humanity is no longer surviving, competing, or procreating. Those are the three pillars of our species.

**Our number one enemy is censorship, and it is the easiest of all our problems to rectify.** (Who represents the American People? None of the three branches of our government do.)
- We are in a Contagious Endemic Murder Suicide Pandemic.
- Contentious between Americans is out of control.
- Humanity has destroyed the greatest fighting machine – our soul, spirit, and immune system – in the history of the world. We crawled out of the oceans five hundred million years ago and when the Industrial Revolution started, 250 years ago, we started to commit murder-suicide. We were Apex Predators. We are now subservient to industrialization and technology and microscopic viruses. (The quarantine, masks and vaccines made us bubble people.)
- How do we pay for our medical and mental health care? We are at epidemic rates/levels for Dementia, Alzheimer's, Parkinson's, Multiple Sclerosis, Autism, Allergies, Asthma, Suicide(s), Murder(s)-Suicide(s), Diabetes, Muscular Dystrophy, Fibromyalgia, Influenza, and Pneumonia (COVID 19) deaths, etc. All are connected to a degraded Immune System(s). We must have an uncensored dialogue about vaccinations and the long-term harm they do to our immune system(s). Our government has turned us into "Bubble People," a vaccination for everything. Soon everyone will have a vascular port for the vaccine of the week. We have mental illnesses that have not been named.
- We have a negative birth rate and life expectancies are decreasing. These numbers would be far worse if it were not for legal and undocumented immigrants. A negative 3% birthrate means the end of Humanity. We have lost the ability and desire to procreate.
- We can never repay the debt. ETC. ETC. ETC.

Supreme Genocider and Sunarcissist Joseph R. Biden, Jr. (Trump)
President Joseph R. Biden, Jr. (Trump)
Vice President Joseph R. Biden, Jr.
Senator Joseph R. Biden, Jr.
Candidate Joseph R. Biden, Jr. (Trump)

Vice President Kamala D. Harris                    Chief Justice John G. Roberts

Justice Amy C. Barrett
Justice Neil M. Gorsuch
Justice Clarence Thomas
Justice Samuel A. Anthony Alito
Justice Sonia Sotomayor
Justice Elena Kagan
Justice Brett M. Kavanaugh
Justice Ketanji B. Jackson
- **Every living:**
- President
- Vice President
- Cabinet Member
- U.S. Senator
- U.S. Representative
- Supreme Court Justice
- Appellate Justice
- District Judge

Attorney General Merrick Garland
Chief Justice Sri Srinivasan
Clerk Mark Langer
Chief Executive Betsy Paret
Special Counsel Robert Hur
Special Counsel Jack Smith
Special Counsel John Durham
Special Counsel David Weiss
Judge John G. Koeltl
Chief Judge Laura Taylor Swain
Chief Justice William Pryor Jr.
Clerk David Smith
Circuit Executive Ashlyn Beck
Judge Ellen Lipton Hollander
Judge Ursula Ungaro
Judge Lee H. Rosenthal
USAA CEO Wayne Peacock
USAA Notice of Error/Request for Information
Jane Sullivan Roberts

Vice Admiral John N. Christenson
Judge Darrin P. Gayles
Judge Mary Kay Vyskocil
Judge Aileen Mercedes Cannon
Clerk Angela E. Noble
Judge Terry Alvin Doughty
Judge Amy Berman Jackson
Judge Emmet G. Sullivan
Judge Tanya Sue Chutkan
Clerk Angela Caesar
Judge Kathleen
Mary Williams
Judge Robert N. Scola, Jr.
Judge Kevin Michael Moore
**\*Bridge Investment Group**
\*Robert Morse
\*Dean Allara
\*Jonath Slager
\*Adam O'Farrell
\*General Counsel Matthew Grant
\*General Counsel Allison Ramirez
\*Lindsey Daugherty
Judge James E. Boasberg
Christopher Michael Kise
Todd Blanche
David Harbach
Jay I. Bratt
Julie A. Edelstein
Karen E. Gilbert
J.P. Cooney
Molly Gulland Gaston
John F. Lauro
Thomas Windom
Chief Justice Priscilla Richmond
Clerk Lyle W. Cayce
Chief Executive Lorie Robinson

Godspeed. Sincerely,
David Andrew Christenson
P.O. Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

### You have been immortalized as a Genocider and Sunarcissist – August 22nd, 2023.
(Published on amazon.com – August 22nd, 2023)

Censorship – which is the most grotesque form of Genocidal Suicide - has become the most powerful weapon in the world. Humanity has accepted Censorship and the Genocidal Suicide that goes with it.

The Aryan Brotherhood of Bush, Cheney, C. Rice, Powell, Honore, and the media blockaded New Orleans before, during and after Hurricane Katrina. The Greatest Nation in the World and we could not rescue our fellow Americans for five days? The Censorship via a blockade allowed the Aryan Brotherhood to coverup the release of chemical and biological warfare contaminants – The Katrina Virus and the forerunner to COVID19. We poisoned the world.

A disproportionate number of minorities died, and will continue to die, and yet half the Aryan Brotherhood is black. (Reminiscent of the 40-year Tuskegee Study. Our government, including Black leaders, withheld penicillin from Black men that had syphilis. Their bodies were eaten away.)

The five-day blockade (supposedly) allowed the Katrina Virus to dissipate. Hurricane Katrina was the perfect incubator with hot temperatures, high solids, and high humidity. Instead of dissipating, the Katrina Virus multiplied, mutated, and spread throughout the world. (Look at stroke alley.)

### THE NUMBER ONE CAUSE OF DEATH IN THE WORLD IS THE DEGRADATION OF THE LUNGS.

Censorship did not, and is not, allowing the truth to come out. The Censorship allowed us to create a self-perpetuating apocalypse.

The moron, Geraldo Rivera, reported from Convention Center Boulevard. One hundred yards from where he was reporting was the blockaded mighty Mississippi River. Every Cajun in South Louisiana has a boat, food, and beer. All they had to do was walk one hundred yards and get rescued, but our government would not allow that.

This was a cataclysmic event for Humanity because New Orleans was the Chemical and Biological Warfare Capital of the World, and it was the birthplace of the Katrina Virus. Covid19 traces its origins to New Orleans.

### The Supreme Genocider and Sunarcissist for fifty-five plus years.
(This typifies the systemic mental illnesses that Americans suffer from. Our options are Biden or Trump.)

President Joseph R. Biden, Jr.
Vice President Joseph R. Biden, Jr.
Senator Joseph R. Biden, Jr.
Candidate Joseph R. Biden, Jr.

| | |
|---|---|
| Vice President Kamala D. Harris | Justice Amy C. Barrett |
| Chief Justice John G. Roberts | Justice Neil M. Gorsuch |

| | |
|---|---|
| Justice Clarence Thomas | Judge Darrin P. Gayles |
| Justice Samuel A. Anthony Alito | Judge Mary Kay Vyskocil |
| Justice Sonia Sotomayor | Judge Aileen Mercedes Cannon |
| Justice Elena Kagan | Clerk Angela E. Noble |
| Justice Brett M. Kavanaugh | Judge Terry Alvin Doughty |
| Justice Ketanji B. Jackson | Judge Amy Berman Jackson |

- **Every living:**
- President
- Vice President
- Cabinet Member
- U.S. Senator
- U.S. Representative
- Supreme Court Justice
- Appellate Justice
- District Judge

Judge Emmet G. Sullivan
Judge Tanya Sue Chutkan
Clerk Angela Caesar
Judge Kathleen
Mary Williams
Judge Robert N. Scola, Jr.
Judge Kevin Michael Moore

Attorney General Merrick Garland
Chief Justice Sri Srinivasan
Clerk Mark Langer
Chief Executive Betsy Paret
Special Counsel Robert Hur
Special Counsel Jack Smith
Special Counsel John Durham
Special Counsel David Weiss
Judge John G. Koeltl
Chief Judge Laura Taylor Swain
Chief Justice William Pryor Jr.
Clerk David Smith
Circuit Executive Ashlyn Beck
Judge Ellen Lipton Hollander
Judge Ursula Ungaro
Judge Lee H. Rosenthal
USAA CEO Wayne Peacock
USAA Notice of Error/Request for Information
Jane Sullivan Roberts
Vice Admiral John N. Christenson

**\*Bridge Investment Group**
\*Robert Morse
\*Dean Allara
\*Jonath Slager
\*Adam O'Farrell
\*General Counsel Matthew Grant
\*General Counsel Allison Ramirez
\*Lindsey Daugherty
Judge James E. Boasberg
Christopher Michael Kise
Todd Blanche
David Harbach
Jay I. Bratt
Julie A. Edelstein
Karen E. Gilbert
J.P. Cooney
Molly Gulland Gaston
John F. Lauro
Thomas Windom
Chief Justice Priscilla Richmond
Clerk Lyle W. Cayce
Chief Executive Lorie Robinson

- Supreme Court Writ 14-10077 Extraordinary Writ with Writ of Prohibition and Writ of Mandamus filed by David Andrew Christenson on behalf of himself, all Americans and Humanity
- United States v. Trump (9:23-cr-80101) District Court, S.D. Florida Judge Aileen M. Cannon Filed by David Andrew Christenson on behalf of himself, all Americans and Humanity
- United States v. Trump (1:23-cr-00257) District Court, District of Columbia Judge Tanya Sue Chutkan Filed by David Andrew Christenson on behalf of himself, all Americans and Humanity
- 11th Circuit Writ 21-10371 Writ of Prohibition and Writ of Mandamus filed by David Andrew Christenson on behalf of himself, all Americans and Humanity

- State of Missouri v. Biden (23-30455) Court of Appeals for the Fifth Circuit filed by David Andrew Christenson on behalf of himself, all Americans and Humanity
- United State v. Trump (23-cr-XXXXX) Judge Amy B. Jackson District Court, District of Columbia filed by David Andrew Christenson on behalf of himself, all Americans and Humanity
- Azelea Woods of Ouachita v. Peoples Republic of China (3:20-cv-00457) District Court, W.D. Louisiana Judge Terry Alvin Doughty Filed by David Andrew Christenson on behalf of himself, all Americans and Humanity
- Missouri v. Biden (3:22-cv-01213) District Court, W.D. Louisiana Judge Terry Alvin Doughty Filed by David Andrew Christenson on behalf of himself, all Americans and Humanity
- Kennedy v. Biden (3:23-cv-00381) District Court, W.D. Louisiana Judge Terry Alvin Doughty Filed by David Andrew Christenson on behalf of himself, all Americans and Humanity
- Bragg v. Jordan (1:23-cv-03032) SDNY Judge Mary Kay Vyskocil Filed by David Andrew Christenson on behalf of himself, all Americans and Humanity
- Trump v. Cohen (1:23-cv-21377) SDFL Judge Darrin Phillip Gayles Filed by David Andrew Christenson on behalf of himself, all Americans and Humanity
- ❈ <u>Review the dockets in the following cases. Facebook, Twitter, and YouTube censored me on behalf of the Executive Branch/Department of Justice and closed all my social media accounts. In exchange they got the equivalent of reverse section 230. They could censor without liability.</u>
- Trump v. Facebook, Inc (1:21-cv-22440) District Court, S.D. Florida Judge Kathleen Mary Williams Filed by David Andrew Christenson on behalf of himself, all Americans and Humanity
- Trump v. Twitter, Inc (1:21-cv-22441) District Court, S.D. Florida Judge Robert Nichols Scola Jr. Filed by David Andrew Christenson on behalf of himself, all Americans and Humanity
- Trump v. YouTube, LLC (1:21-cv-22445) District Court, S.D. Florida Judge Kevin Michael Moore Filed by David Andrew Christenson on behalf of himself, all Americans and Humanity

Godspeed.

Sincerely,


David Andrew Christenson
P.O. Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

*My books have been removed/censored/sanitized from the Library of Congress. All references to me and my books have been removed/censored/sanitized from the Library of Congress. My books have Library of Congress Control Numbers (LCCN). This book was placed into the Library of Congress in 2012.*

The United States Supreme Court and The Katrina Virus
A Prelude/Reference Book/Appendix - Book 7
By David Andrew Christenson
ISBN 978-0-9846893-8-5 Hardback SACK
ISBN 978-0-9846893-9-2 EBook SCKV
LCCN 2012933074
Copyright 1-724163643
Persimmon Publishing
Box 9063
Miramar Beach, Florida 32550

An Epic Constitutional Crisis. I am talking about the political destruction of all three branches (Executive, Judicial and Legislative) of our Federal Government. One hundred and fifty five million Americans and Canadians may be infected with The Katrina Virus. Did the United States Supreme Court participate in the criminal cover-up? Misprision is a crime/felony. In simple terms it means that you had knowledge of a crime and did nothing. Did the Supreme Court have knowledge? YES! I gave them the knowledge. The real question is: what did the Supreme Court do with the knowledge of The Katrina Virus and the cover-up?

There was no simple way to present this story. I fully acknowledge that the material is presented in an incoherent manner. What you are reading is a compilation of my communications with the Supreme Court since my arrest for cyberstalking FBI Special Agent Steven Rayes on March 15th, 2011. It must be emphasized that I was arrested on a Louisiana Warrant (not a Federal Warrant as one would expect.) and I have never been charged with a crime. A Louisiana Search and Seizure Warrant was used by the FBI to steal my evidence, documentation, etc. of what happened in New Orleans after Hurricane Katrina. In simplistic terms chemical warfare contaminates were released from DOD and CIA classified facilities. The United States Military conducted operational missions in violation of Federal Law and killed Americans. 1500 Americans are still missing. Were the contaminated bodies recovered, analyzed and burned in Federal Government incinerators? Are some of the bodies being kept alive in vegetative states so that the Federal Government can study the long term effects of the Katrina Virus? (Remember the Syphilis Studies in Alabama and Guatemala.)

This is a Prelude/Reference Book/Appendix. The end of the story has not been written. ~~Judgment must not be passed upon the Supreme Court at this time. The Supreme Court may have actually protected me. Think about it. Who could the Supreme Court have turned to? Congress and the Executive Branch are responsible for the murder, genocide, treason and crimes against humanity. The only option for the Supreme Court may have been to provide me with the protection needed, to not only uncover the truth about the Katrina Virus, but to bring it to the attention of American and Canadian people.~~

Sensitive Compartmentalized Information (SCI) - #52 August 16th, 2023 (Published on Amazon.com)

**Amazon Title: When the U.S. Marshals, Secret Service, FBI, and the U.S. Military come to me, and ask if they should hang you for Murder Suicide, Treason, Genocide, and Crimes Against Humanity, how should I respond? (Be honest with yourself. You have allowed Biden, Trump, and Roberts to hang you. Why not let them?)**

I will point out that you all suffer from Roberts Chutkan Cannon Syndrome - **RCC Syndrome, Tribal Subjectivity and Sunarcissism** and that you are in the process of committing Murder Suicide, Treason, Genocide, and Crimes Against Humanity. There is no cure, so hanging might be the best option. I will also point out that you all murdered them and their families. Do you think they will listen to me? **"NO."** (You all are dead people walking, no matter what. The only difference is if you die by suicide or hanging, but either way you will die.) Odd way to say this: *"The only people we **should not hang** are those that want to compete, survive and procreate." "Why waste our limited resources on those people that want to die anyway?"* I am talking about you.

## CHANGE THE NARRATIVE. YOU CAN'T BE SAVED IF YOU DON'T.

Attorney General Merrick Garland
Chief Justice Sri Srinivasan
Clerk Mark Langer
Chief Executive Betsy Paret
Special Counsel Robert Hur
Special Counsel Jack Smith
Special Counsel John Durham
Special Counsel David Weiss
Judge John G. Koeltl
Chief Judge Laura Taylor Swain
Chief Justice William Pryor Jr.
Clerk David Smith
Circuit Executive Ashlyn Beck
Judge Ellen Lipton Hollander
Judge Ursula Ungaro
Judge Lee H. Rosenthal
USAA CEO Wayne Peacock
USAA Notice of Error/Request for Information
Jane Sullivan Roberts
Chief Justice John G. Roberts
Vice Admiral John N. Christenson
Judge Darrin P. Gayles
Judge Mary Kay Vyskocil
Judge Aileen Mercedes Cannon

Clerk Angela E. Noble
Judge Terry Alvin Doughty
Judge Amy Berman Jackson
Judge Emmet G. Sullivan
Judge Tanya Sue Chutkan
Clerk Angela Caesar
Judge Kathleen Mary Williams
Judge Robert N. Scola, Jr.
Judge Kevin Michael Moore
Robert Morse
Dean Allara
Jonath Slager
Adam O'Farrell
General Counsel Matthew Grant
General Counsel Allison Ramirez
Lindsey Daugherty
Judge James E. Boasberg
Christopher Michael Kise
Todd Blanche
David Harbach
Jay I. Bratt
Julie A. Edelstein
Karen E. Gilbert
J.P. Cooney

Sincerely,

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

DAVID ANDREW CHRISTENSON
5047153086
765 SANDPIPER DRIVE
MIRAMAR BEACH FL 32550

0.3 LBS LTR   1 OF 1

SHIP TO:
JUDGE STEVE C. JONES
1967 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE SW
ATLANTA GA 30303

GA 303 9-02

UPS NEXT DAY AIR
TRACKING #: 1Z 243 1YA 01 9107 2935

BILLING: P/P

XOL 23.07.08   NV45 34.0A 08/2023*