**WITNESS LIST**   () DEFENDANT, (X) PLAINTIFF () GOVERNMENT

| The State of Georgia v. Mark Randall Meadows | U. S. D. C. NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION |
|---|---|
| Counsel for Plaintiff:<br>Anna Cross, Adam Ney, Francis Wakeford, John Wooten, Daysha Young | Counsel for Defendant:<br>Francis Aul, Robert Bittman, Joseph Englert, Michael Francisco, Emily Kelly, John Moran, George Terwilliger | Case No.   1:23-CV-3621-SCJ |
| | | Evidentiary Hearing Date: 8/28/2023 |
| Judge Steve C. Jones | Court Reporters: Viola Zborowski, Penny Coudriet | Courtroom Deputy: Pamela Wright |

| DATE | WITNESS |
|---|---|
| 8/28/2023 | KURT HILBERT |
| 8/28/2023 | BRAD RAFFENSPERGER |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |