# PLAINTIFF'S EXHIBIT LIST

| The State of Georgia v. Mark Randall Meadows | | | | U. S. D. C.   NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION |
|---|---|---|---|---|
| **Counsel for Plaintiff:**<br>Anna Cross, Adam Ney, Francis Wakeford, John Wooten, Daysha Young | | **Counsel for Defendant:**<br>Francis Aul, Robert Bittman, Joseph Englert, Michael Francisco, Emily Kelly, John Moran, George Terwilliger | | Case No.:1:23-CV-3621-SCJ |
| | | | | Evidentiary Hearing Date: 8/28/2023 |
| Judge Steve C. Jones | | Court Reporters: Viola Zborowski, Penny Coudriet | | Courtroom Deputy: Pamela Wright |

| Pla. Exh. | | Date Identified | Date Admitted | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|
| 1 | | 8/28/23 | 8/28/23 | Mark Meadows email exchange, Dec. 6, 2020 |
| 2 | | 8/28/23 | 8/28/23 | Entry of Appearance of Kurt Hilbert in Civil Action 2020 CV 343255, Fulton County Superior Court |
| 3 | | 8/28/23 | 8/28/23 | Flash drive of Jan. 2, 2021 phone call at issue |