# DEFENDANT'S EXHIBIT LIST

| The State of Georgia v. Mark Randall Meadows | | | | U. S. D. C. NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION |
|---|---|---|---|---|
| **Counsel for Plaintiff:** Anna Cross, Adam Ney, Francis Wakeford, John Wooten, Daysha Young | | **Counsel for Defendant:** Francis Aul, Robert Bittman, Joseph Englert, Michael Francisco, Emily Kelly, John Moran, George Terwilliger | | Case No.:1:23-CV-3621-SCJ |
| | | | | Evidentiary Hearing Date: 8/28/2023 |
| Judge Steve C. Jones | | Court Reporters: Viola Zborowski, Penny Coudriet | | Courtroom Deputy: Pamela Wright |

| Dft. Exh. | | Date Identified | Date Admitted | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|
| 1 | | 8/28/23 | 8/28/23 | Commission of Mark Randall Meadows, Chief of Staff |
| 2 | | 8/28/23 | 8/28/23 | Criminal Indictment, Fulton County Superior Court case no. 23SC188947 |
| 3 | | 8/28/23 | 8/28/23 | Declaration of Scott Gast |
| 4 | | 8/28/23 | 8/28/23 | Declaration of Benjamin Williamson |