# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:23-cv-03621-SCJ
### The State of Georgia v. Meadows
### Honorable Steve C. Jones

Minute Sheet for proceedings held In Open Court on 08/28/2023.

| | |
|---|---|
| TIME COURT COMMENCED: 10:00 A.M. | |
| TIME COURT CONCLUDED: 5:45 P.M. | COURT REPORTER: V. Zborowski/P. Coudriet |
| TIME IN COURT: 6:30 | DEPUTY CLERK: Pamela Wright |
| OFFICE LOCATION: Atlanta | |

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Francis Aul representing Mark Randall Meadows |
| | Robert Bittman representing Mark Randall Meadows |
| | Anna Cross representing The State of Georgia |
| | Joseph Englert representing Mark Randall Meadows |
| | Michael Francisco representing Mark Randall Meadows |
| | Emily Kelly representing Mark Randall Meadows |
| | John Moran representing Mark Randall Meadows |
| | Adam Ney representing The State of Georgia |
| | George Terwilliger representing Mark Randall Meadows |
| | Francis Wakeford representing The State of Georgia |
| | John Wooten representing The State of Georgia |
| | Daysha Young representing The State of Georgia |
| OTHER(S) PRESENT: | Mark Meadows |
| PROCEEDING CATEGORY: | Evidentiary Hearing(Other Evidentiary Hearing-Contested); |
| MINUTE TEXT: | Evidentiary hearing held pursuant to the Court's [6] Order regarding Defendant's Notice of Removal [1]. Defendant Meadows's case presented. Mark Meadows sworn and testified. Defendant's exhibits 1 and 2 admitted. Cross-examination by Plaintiff State of Georgia. Lunch break. Cross-exam continued. Plaintiff's exhibit 1 admitted. Redirect. Defendant's exhibits 3 and 4 admitted over objection. Defendant rested. Plaintiff's case presented. Kurt Hilbert sworn and testified. Plaintiff's exhibit 2 admitted. Oral motion by Defendant for Plaintiff to produce statements pursuant to FedRCivP 26.2. The Court issued a verbal order denying the motion. Brad Raffensperger sworn and testified. Plaintiff's exhibit 3 admitted. Cross- |

|  |  |
|---|---|
|  | exam. Renewed oral motion by Defendant for Plaintiff to produce statements pursuant to FedRCivP 26.2. The Court issued a verbal order denying the motion. Redirect, no re-cross. Plaintiff rested. Closing arguments presented by each side. The matter was TAKEN UNDER ADVISEMENT by the Court with ruling to issue in due course by written order. |
| HEARING STATUS: | Hearing Concluded |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |