IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THE STATE OF GEORGIA, | CIVIL ACTION FILE |
| v. | No. 1:23-CV-03621-SCJ |
| MARK RANDALL MEADOWS, | RE: NOTICE OF REMOVAL OF FULTON COUNTY SUPERIOR COURT INDICTMENT NO. 23SC188947 |
| Defendant. | |

## ORDER

This matter appears before the Court on a Motion to Intervene filed by non-party David Andrew Christenson. Doc. No. [57]. Movant seeks to intervene "on behalf of himself, the American People, and Humanity." Id. at 1.

Mr. Christenson "has not shown that he has any basis, under the Federal Rules of Civil Procedure, to intervene as of right or otherwise." Trump v. Cohen, No. 1:23-CV-21377, 2023 WL 3778255, at *1 (S.D. Fla. May 15, 2023) (quoting Bragg v. Jordan, No. 1:23-CV-3032 [ECF No. 36] (S.D.N.Y. Apr. 19, 2023)). Federal Rule of Civil Procedure 24(a)(2) requires a third party moving for intervention as of right to show that: "(1) his application to intervene is timely; (2) he has an interest relating to the property or transaction which is the subject of the action;

(3) he is so situated that disposition of the action, as a practical matter, may impede or impair his ability to protect that interest; and (4) his interest is represented inadequately by the existing parties to the suit." Huff v. Comm'r of Internal Revenue Serv., 743 F.3d 790, 795 (11th Cir. 2014) (internal citation omitted). Other than the timeliness of his motion, Mr. Christenson has not met these requirements. Accordingly, the Motion to Intervene Doc. No. [57] is **DENIED.**

IT IS SO ORDERED this 29th day of August, 2023.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE