# Exhibit A

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| STATE OF GEORGIA<br><br>v.<br><br>KENNETH CHESEBRO | Indictment No.<br>23SC188947 |

**CASE SPECIFIC SCHEDULING ORDER**

This case is subject to the Court's Standing Case Management Order. *See* Amended Standing Case Management Order for Criminal Cases in Judge Scott McAfee's Division, 2023-EX-000227 (Aug. 24, 2023).[1] The rules and procedures contained within will govern the prosecution of this case and the conduct of the parties. Due to the Defendant's timely Demand for Speedy Trial filed August 23, 2023 (Doc. 5), scheduling will occur on an expedited timeline to meet the November 3, 2023, deadline to begin trial.[2] At this time, these deadlines do not apply to any co-defendant.

(1) Arraignment: Unless waived, arraignment will occur on September 6, 2023.[3]

(2) Discovery: Discovery from all parties is due by September 20, 2023.

(3) Motions: All motions (other than motions *in limine*) are due by September 27, 2023.[4]

(4) Case Management/Pretrial Conference: September 29, 2023.

(5) Motions Hearing Date(s): TBD.

(6) Trial: To begin October 23, 2023.

---

[1] available at https://www.fultoncourt.org/sites/default/files/judges/forms/McAfee_Standing_Criminal_cmo.pdf
[2] *See* O.C.G.A. §§ 15-6-3; 17-7-170(b).
[3] Published calendar to follow.
[4] Defendant's general omnibus motions filed August 23, 2023 (Doc. 4), including the General Demurrer and Motion to Suppress, are DENIED as insufficiently particularized and in violation of this Court's case management order.

**SO ORDERED** this, the 24th day of August, 2023.

_____
Judge Scott McAfee
Fulton Superior Court
Atlanta Judicial Circuit

*Service via eFileGa.*