






# Details - Case # 23SC188947 - Envelope # 13110420

## Envelope

**Envelope ID**
13110420

**Submitted by**
Andrea Gee

**Username**
Andrea_Gee@gand.uscourts.gov

## Case Information

**Court Location**
Fulton - Superior - EJ15

**Case Type**
GC-GENERAL COMPLEX

**Case Category**
Criminal

**Judge**
MCAFEE, SCOTT

## Parties

| Party Type | Party Name | Lead Attorney |
| --- | --- | --- |
| DEFENDANT | Mark Randall Meadows | James Denton Durham |
| PLAINTIFF | The State of Georgia | Nathan Wade,Anna Cross,John E. Floyd,DAYSHA YOUNG,ADAM S. NEY,ALEX BERNICK,FRANCIS MCDONALD WAKEFORD,GRANT H. ROOD,WILL WOOTEN |
| NON PARTY | Media Organizations | LESLI N. GAITHER,Thomas MacIver Clyde |
| BONDING COMPANY | A 2ND CHANCE BAIL BONDS | |

## Filings

| Filing Code | Filing Type | Filing Description | Client Ref # |
| --- | --- | --- | --- |
| NOTICE | | | |

## Service Contacts

| Service Contacts | 0 |
| --- | --- |

## Fees



**account**
J.S. District Court, Northern Georgia

**Party responsible**
Mark Randall Meadows

**Filing attorney**

**Order ID**

**Transaction Response**

| Transaction Amount | Transaction ID |
|---|---|
| $0.00 | |

|  | **Total** | $0.00 |
|---|---|---|
|  | **Waiver Selected** | |