**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361

**KEVIN P. WEIMER**                                                                            **DOCKETING SECTION**
**DISTRICT COURT EXECUTIVE**                                          404-215-1655
 AND **CLERK OF COURT**

September 8, 2023

Clerk's Office
U.S. Court of Appeals
Eleventh Circuit
56 Forsyth Street, NW
Atlanta, Georgia     30303

        **U.S.D.C. No.:** 1:23-cv-3621-SCJ
        **U.S.C.A. No.:** 00-00000-00
        **In re:**      The State of Georgia v. Mark Randall Meadows

    Enclosed are documents regarding an appeal in this matter.   Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| **X** | **Certified copies of the Notice of Appeal, Clerk's Judgment, Opinion & Order and Docket Sheet appealed enclosed.** |
| | This is not the first notice of appeal. Other notices were filed on . |
| | There is no transcript. |
| **X** | **The court reporters are Viola Zborowski and Penny Coudriet.** |
| | There is sealed material as described below: . |
| | Other: . |
| **X** | **Fees paid electronically on 9/8/23. (Receipt# AGANDC-12873016)** |
| | Appellant has been   leave to proceed *in forma pauperis*. |
| | This is a bankruptcy appeal.   The Bankruptcy Judge is . |
| | The Magistrate Judge is . |
| **X** | **The District Judge is Steve C. Jones.** |
| | This is a **DEATH PENALTY** appeal. |

                                                                             Sincerely,

                                                                             Kevin P. Weimer
                                                                             District Court Executive
                                                                             and Clerk of Court

                                                     By:   /s/**P. McClam**
                                                                                 Deputy Clerk