# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **THE STATE OF GEORGIA,** <br><br> v. <br><br> **MARK RANDALL MEADOWS,** <br><br> Defendant. | CIVIL ACTION FILE <br><br> No. 1:23-CV-03621-SCJ <br><br> RE: NOTICE OF REMOVAL OF FULTON COUNTY SUPERIOR COURT INDICTMENT NO. 23SC188947 |

## ORDER

This matter appears before the Court on Defendant Mark R. Meadows's Emergency Motion for Stay Pending Appeal (Doc. No. [74]). In the exercise of the Court's discretion, the Court orders expedited briefing. To this regard, the State shall file a response brief by **12 p.m., September 12, 2023**.

**IT IS SO ORDERED** this 11th day of September, 2023.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE