## Andrea Gee

| | |
|---|---|
| **From:** | no-reply@efilingmail.tylertech.cloud |
| **Sent:** | Tuesday, September 12, 2023 9:06 AM |
| **To:** | Andrea Gee |
| **Subject:** | Filing Accepted for Case: 23SC188947; The State of GeorgiaVSMARK RANDALL MEADOWS; Envelope Number: 13110420 |

**CAUTION - EXTERNAL:**



# Filing Accepted

Envelope Number: 13110420
Case Number: 23SC188947
Case Style: The State of GeorgiaVSMARK RANDALL MEADOWS

The filing below was reviewed and has been accepted by the clerk's office. You may access the file stamped copy of the document filed by clicking on the below link.

| Filing Details | |
|---|---|
| **Court** | Fulton - Superior Court |
| **Case Number** | 23SC188947 |
| **Case Style** | The State of GeorgiaVSMARK RANDALL MEADOWS |
| **Date/Time Submitted** | 9/8/2023 5:49 PM EST |
| **Date/Time Accepted** | 9/12/2023 9:05 AM EST |
| **Accepted Comments** | |
| **Filing Type** | NOTICE |
| **Filing Description** | Order of Remand From United States District Court, Northern GA |
| **Activity Requested** | EFile |
| **Filed By** | Andrea Gee |
| **Filing Attorney** | Kevin Weimer |

| Document Details | |
|---|---|
| **Lead Document** | 23cv3621 Certified Remand.pdf |
| **Lead Document Page Count** | 49 |
| **File Stamped Copy** |  Download Document |
| This link is active for 45 days. ||

**Please Note:** If you have not already done so, be sure to add yourself as a service contact on this case in order to receive eService.

For technical assistance, contact your service provider

Odyssey File & Serve

(800) 297-5377

Please do not reply to this email. It was automatically generated.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.