

# NOTICE TO COUNSEL OF RECORD AND PARTIES

**TO:**

**FROM:**                  , Deputy Clerk

**DATE:**

**CASE NO.:**

**SUBJECT:**   RECLAMATION AND DISPOSITION OF DOCUMENTARY EXHIBITS

---

Pursuant to Local Rule 79.1(D), you are hereby notified that the documentary exhibits [      ] from the                                  held in the above styled case will be disposed of if you have not recovered same within 30 days from the date of this letter.[1]  Any audio and video exhibits will be retained until after the time for appeal has expired, or in appealed cases, until entry of the appellate court's mandate.

Please date and sign this Notice to acknowledge receipt, indicate how the exhibits should be handled, and electronically file the signed Notice using the **Exhibit Disposition Notification** event in CM/ECF.  The event is located under the Other Documents heading.

*(In order to minimize your wait time when picking up exhibits, please allow for a minimum of 24 hours from the time the notice is filed and an appearance is made at the public counter.)*

**Receipt of this Notice is hereby acknowledged.** _____
*(Signature)*

**Documentary Exhibits will be picked up no later than** _____
*(Date)*

**Documentary Exhibits may be destroyed.** _____
*(Initials)*

*Note: If someone other than the attorney of record will be picking up exhibits, a letter of authorization from the attorney of record is required.*

**Exhibits Received by:** _____
*(Signature)*

**This** _____ **day of** _____, **2023**

---

[1] *The exhibits have been uploaded to the electronic file which is the official record of the court.*