| | |
|---|---|
| **From:** | ecf_help@ca11.uscourts.gov |
| **To:** | GANDdb_efile_Appeals_Clerk |
| **Subject:** | 23-12958-H The State of Georgia v. Mark Meadows "Record/Documents Requested from District Court" (1:23-cv-03621-SCJ) |
| **Date:** | Tuesday, October 3, 2023 4:31:41 PM |

**\*\*\*NOTE TO USERS\*\*\* The following notice is for internal court use only and access to the information is limited to named recipients. Access to the Notes and Documents may be further restricted.**

## United States Court of Appeals for the Eleventh Circuit

### Notice of Docket Activity

The following transaction was filed on 10/03/2023

**Case Name:**    The State of Georgia v. Mark Meadows
**Case Number:**    23-12958

### Docket Text:
USDC Clerk is requested to forward the following documents to our court: FRAP 11 completed, please forward all items not available electronically: PLAINTIFF'S EXHIBITS AUDIO/VIDEO (1 Flash Drive) w/DE# 88.. Any exhibits identified in 11th Cir. R. 11-3, such as child pornography, should not be transmitted. Please notify the Clerk's Office of any exhibits which are not transmitted to the Court of Appeals.

### Notice will be electronically mailed to:

Clerk - Northern District of Georgia, Clerk of Court