# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361

**KEVIN P. WEIMER**
**DISTRICT COURT EXECUTIVE**
**AND CLERK OF COURT**

DOCKETING SECTION
404-215-1655

October 10, 2023

Clerk's Office
U.S. Court of Appeals
Eleventh Circuit
56 Forsyth Street, NW
Atlanta, Georgia   30303

    **U.S.D.C. No.:** 1:23-cv-3621-SCJ
    **U.S.C.A. No.:** 23-12958-HH
    **In re:**    The State of Georgia v. Mark Randall Meadows

Enclosed are documents regarding an appeal in this matter.   Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| ____ | Certified copies of the Notice of Appeal, Clerk's Judgment, Opinion & Order and Docket Sheet appealed enclosed. |
| ____ | This is not the first notice of appeal. Other notices were filed on . |
| ____ | There is no transcript. |
| ____ | The court reporter is . |
| ____ | There is sealed material as described below: . |
| **X** | **Other:** Original record exhibits transmitted pursuant to request.   (See attached copy of request.) 1 Envelope: PLAINTIFF'S EXHIBITS AUDIO/VIDEO (1 Flash Drive) w/DE# [88]. |
| ____ | Fees paid electronically on . |
| ____ | Appellant has been   leave to proceed *in forma pauperis*. |
| ____ | This is a bankruptcy appeal.   The Bankruptcy Judge is . |
| ____ | The Magistrate Judge is . |
| ____ | The District Judge is . |
| ____ | This is a **DEATH PENALTY** appeal. |

                                                        Sincerely,

                                                        Kevin P. Weimer
                                                        District Court Executive
                                                       and Clerk of Court

                                            By:   **P. McClam**
                                                     Deputy Clerk