# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-12958

ERRATA SHEET

_____

THE STATE OF GEORGIA,

                                      Plaintiff-Appellee,

*versus*

MARK RANDALL MEADOWS,

                                      Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:23-cv-03621-SCJ

_____

| 2 | Opinion of the Court | 23-12958 |

The opinion has been changed as follows:

On the page 12 (the last page of Judge Rosenbaum's concurring opinion), "1422(a)(1)" has been changed to "1442(a)(1)."